Page 101

1 A. No, he's not.
2 Q. And you sat right beside Mr. Robinson during that
3 deposition.
4 A. That's the only chair.
5 Q. Did you attend the deposition of Mr. John Bankhead who is
6 the chairman of the Noxubee County Election Commission?
7 A. Partially.
8 Q. Partially?
9 A. Yes.
10 Q. And Mr. Bankhead is not a member of the Democratic
11 Executive Committee.
12 A. No.
13 Q. And you sat right beside him during his deposition.
14 A. The only chair.
15 Q. So we've taken -- would you agree with me we've taken nine
16 depositions in the case, one from you, eight from people, with
17 the exception of Ms. Windham, who are not presently members of
18 your committee, and you have chosen to attend all of them and
19 sit beside the deponent in each deposition.
20 A. I was advised by counsel to be at all of them.
21 Q. You were advised by your lawyer to come to all the
22 depositions --
23 A. That's correct.
24 Q. -- and sit beside the deponent?
25 A. That would be the only seat.

Page 102

1 Q. At some points in the deposition, Mr. Brown, isn't it
2 correct to say that you have passed notes to your attorneys?
3 A. Yes.
4 Q. Okay. Wouldn't you agree with me that looking back on your
5 participation that you have played an active role in the
6 defense of this case?
7 A. Of course.
8 Q. As you have a right to?
9 A. That's right.
10 Q. But you've been very active. Right?
11 A. Yeah.
12 Q. Okay. And you have -- you've had an occasion to go to the
13 Colom law firm office in Columbus, Mississippi, and review
14 documents that have been forwarded to that firm by the United
15 States, have you not?
16 A. Just the newspaper clippings.
17 Q. And you have reviewed the newspaper clippings in the office
18 there. Right?
19 A. Yes.
20 Q. And would it be fair to say that there were 2- to 300
21 newspaper clippings that the United States provided to your
22 attorney in our initial disclosures?
23 A. Oh, I don't know about that.
24 Q. You don't know the number?
25 A. No.

Page 103

1 Q. But you have -- have you reviewed each one of the articles?
2 A. No.
3 Q. Do you remember specifically how many you've reviewed?
4 A. I do not.
5 Q. And you've reviewed them there in the office?
6 A. Correct.
7 Q. Okay. And isn't it true to say that during the time that
8 you were doing that review that there were some times when
9 Mr. Colom and Ms. Woodrick were not present?
10 A. Oh, I don't know about that. I wasn't -- that's been five
11 or six months ago.
12 Q. They didn't stay in the -- well, the record in this case
13 indicates that those documents were forwarded to Mr. Colom's
14 office on July 12th of 2005.
15 A. Well, I don't remember it being July 12th. What I remember
16 was in the very beginning I'd only been there one time.
17 Q. And you reviewed -- you reviewed newspaper articles at that
18 time?
19 A. Yeah. I don't know when it was.
20 Q. And those were newspaper articles that were provided by the
21 United States. Correct?
22 A. I presume.
23 Q. And isn't it correct to say that you had those documents in
24 a room at the Colom law firm at times when Ms. Woodrick and
25 Mr. Colom were not in the room with you. Correct?

Page 104

1 A. I can't say that. I can't say that.
2 Q. But you don't deny it, do you?
3 A. I don't affirm or deny because my memory of the situation
4 was I came up there, and it was like toward the evening and I
5 had to get back to Macon; and they told me they had the
6 discovery documents, like the newspaper clippings and stuff,
7 and that I could look at them if I wanted to.
8 Q. And you looked at them?
9 A. Some of them. Then it was time for me to go.
10 Q. Did you also play a part in -- are you aware of the fact
11 that your attorneys have provided a list of people that they
12 believe might have relevant information to claims in the case?
13 A. Yeah.
14 Q. Okay. And you helped the attorneys in the collection of
15 those names, did you not?
16 A. I gave them a list of names of people, you know, like on
17 the executive committee and stuff like that that you all had
18 asked for.
19 Q. All right. Now, in 1994, you were convicted in this court
20 of nine counts of tax fraud. Correct?
21 A. I don't know if they call it that or not, but he was the
22 judge.
23 Q. Judge Lee was?
24 A. Yes, he was.
25 Q. And you were sentenced to two years in the federal

Page 105

1  penitentiary?
2  A. That's correct.
3  Q. And you had to -- you were released one time and then sent
4  back?
5  A. However you want to characterize it. I didn't characterize
6  it like that.
7  Q. Well, you came to a halfway house here in Jackson and then
8  subsequently you were returned to the federal penitentiary,
9  were you not?
10  A. That part is correct.
11  Q. And you were released from federal custody in 1997?
12  A. No.
13  Q. What year were you released?
14  A. '96.
15  Q. Okay. So it's been less than ten years. As of today, you
16  have been released from your federal custody less than ten
17  years?
18  A. That's correct.
19  Q. Now, you have been a faithful and loyal supporter of
20  Sheriff Albert Walker in his runs for sheriff of Noxubee
21  County, have you not?
22  A. More or less.
23  Q. You supported him in '91 when he ran against Bob Boykin?
24  A. I don't know about that, now.
25  Q. You supported him in '95. Correct?

Page 106

1  A. No, I couldn't have supported him in '95. I was in prison.
2  Q. You were incarcerated at that time.
3  A. That's right.
4  Q. But isn't it true that you wrote a letter to a person in
5  Noxubee County listing -- addressed to the black voters of
6  Noxubee County listing the candidates that you supported in
7  that 1995 election?
8  A. I wouldn't characterize it that way. I had a friend that I
9  discussed with you previously that asked me who I thought was
10  the best. Me and her was just talking, and I wrote her a
11  letter.
12  Q. Okay.
13  A. Not for publication.
14  Q. Well, the letter was public -- didn't you find out later
15  that the letter was publicized?
16  A. I found out when you -- I found out when you showed it to
17  me.
18  Q. And in that letter, didn't you list a number of candidates
19  that you supported in 1995?
20  A. Some of them.
21  Q. And one of those was Sheriff Albert Walker. Correct?
22  A. Unh-unh. One of them -- these are people that I was
23  intending to vote for; but as far as any support, I couldn't
24  really give none.
25  Q. Well, did the letter indicate if you had been out and had

Page 107

1  been voting, you would have voted for Sheriff Walker?
2  A. Of course. But you asked me about support.
3  Q. In 1999, you supported him in his run against Earnest
4  Eichelberger, did you not?
5  A. I really didn't get a chance to in '99.
6  Q. Your testimony under oath here today --
7  A. I really didn't get a chance to.
8  Q. -- is that you did not support Sheriff Walker?
9  A. I worked as his -- when they had -- when the election was
10  over with, we had a recount. I served at it. But in '99, I
11  was more involved in my brother's race who was running for
12  supervisor in Madison County. That's why I wound up not being
13  here on election day in '99 in Noxubee County because I voted
14  absentee to help him, my brother.
15  Q. When Mr. Eichelberger filed an election contest against
16  Sheriff Walker in 1999, at that point you supported Sheriff
17  Walker, did you not?
18  A. Well, in the election contest -- when it really got around
19  the hearing, I had became Democratic Party chairman.
20  Q. Right.
21  A. So I had to attend the trial.
22  Q. And you supported Sheriff Walker, did you not?
23  A. I mean, what do you call support?
24  Q. You supported him in his attempts to not have the election
25  thrown out.

Page 108

1  A. I was the Democratic chairman.
2     MR. COLOM: Your Honor, this is going pretty far
3  afield on this issue. He's already said he generally supported
4  him.
5     MR. COATES: I'll withdraw the question.
6     THE COURT: All right.
7  BY MR. COATES:
8  Q. I'll go to another area. I do want to ask you, though,
9  about in that election contest, Mr. Eichelberger filed an
10  election contest against Sheriff Walker. Correct?
11  A. To my knowledge.
12  Q. And a chancery judge from Jackson was brought in to hear
13  that election contest. Correct?
14  A. Yes.
15  Q. What was her name?
16  A. Judge Wise.
17     MR. COLOM: Your Honor, I think this is totally
18  irrelevant. We're really going into the merits of the case.
19  A. Sure is.
20     THE COURT: What's your response to the objection?
21     MR. COATES: The response is that on this motion for
22  protective order is that Mr. Brown's relationship with Sheriff
23  Walker and with his chief deputy, Mr. Grasseree, is highly
24  relevant; and I'm asking the Court for leeway to ask about four
25  sheriff races, '91, '95, '99, and 2003, where Mr. Brown has

Page 109

1  played an active role in Sheriff Walker's campaigns.

2      THE COURT: Okay. I'll overrule the objection.

3  BY MR. COATES:

4  Q. Do you remember the judge from Jackson?

5  A. I just told you that.

6  Q. And what was that, sir?

7  A. Judge Wise.

8  Q. Judge Wise came down and heard the election?

9  A. That's right.

10  Q. And Judge Wise ruled that the election in 1999 was legally

11  flawed under Mississippi law. Isn't that right?

12  A. I couldn't go that far because I'm not a lawyer reading

13  what she came up with. All I know is it never gave me an order

14  to do anything.

15  Q. Well, do you deny the fact that Judge Wise issued an order

16  and opinion finding that the 1999 sheriff's race was legally

17  flawed because a sufficient number of illegal ballots had been

18  counted?

19  A. I'm saying that's a legal conclusion. I'm not a lawyer.

20  Q. And after Judge Wise entered her ruling -- you remember

21  that, don't you?

22  A. I know she entered one.

23  Q. And after Judge Wise entered her ruling finding in favor of

24  Mr. Eichelberger and against Sheriff Walker, isn't it a fact

25  that you as the chairman of the Democratic Executive Committee

Page 110

1  in Noxubee County refused to hold another election?

2  A. I wouldn't go that far.

3  Q. Well, what's wrong with what I just said?

4  A. I tell you what's wrong with it: First of all, the suit

5  was filed against the previous Democratic chairman. I did have

6  to participate because I had got elected chairman. Second of

7  all, nobody came to me with nothing, saying do anything. I

8  knew that in order to do anything it had to be precleared by

9  the Justice Department. We didn't have — we didn't have no

10  paid attorney or nothing. So nobody came to me with anything,

11  so I didn't see anything to do until somebody come bring me a

12  paper saying do this on this day or you need to do something.

13  Nobody brought me anything.

14  Q. And when Judge Wise's ruling came down, you were the

15  chairman of the executive committee in Noxubee County.

16  Correct?

17  A. I already stated that.

18  Q. And the answer is yes, you were?

19  A. Yes.

20  Q. And did you publicly announce at that time that you saw no

21  reason to hold another election until the regularly scheduled

22  elections in 2002?

23  A. I don't know all that, now.

24  Q. You don't deny it, though, do you? Sir?

25  A. I don't affirm or deny.

Page 111

1  Q. Okay. Now, when you talked to Mr. Slaughter, were you

2  talking about Ward 2 and city elections or supervisory District

3  2 for board of supervisors elections?

4  A. I already stated. We talked about both of them.

5  Q. You talked about both of them.

6  A. That's correct.

7  Q. And your testimony is that you told the people from

8  Aberdeen that you thought it would be good if they gave

9  Mr. Slaughter a job because he had had some problems in Macon

10  and it would help him to get away from Macon for a while?

11  A. Now, that mischaracterizes what I said. I said the chief

12  called me. And I told him -- he asked me what about Slaughter.

13  I said, "Well, I think he'll all right if he gets out of

14  Macon."

15  Q. If he gets --

16  A. Because we knew he had some problems there.

17  Q. We're in agreement he had some problems in the summer of

18  2005 -- that Mr. Slaughter had some problems in Macon?

19  A. No. That occurred before the summer of 2005.

20  Q. But in 2005, the problem was still going on. Correct?

21  A. No, because he wasn't no officer.

22  Q. Let me ask just you a couple of questions about the 2005

23  elections in the city of Macon. You were at city hall on the

24  day of the May 17th runoff between Mr. Boykin and Mayor Hines,

25  were you not?

Page 112

1  A. Like he said, in and out.

2  Q. In and out. All day. You were working --

3  A. Not all day.

4  Q. You were working as a poll watcher, weren't you?

5  A. I had a poll watcher authorization so I could come in and

6  out.

7  Q. Okay. Okay. And were you at the city -- the city only has

8  one precinct. Correct?

9  A. That's correct.

10  Q. And it's there at city hall?

11  A. Well, yeah, sort of.

12  Q. You're right. And I understand the reason for your

13  hesitancy. The city hall and the city court is in one

14  building.

15  A. Yeah.

16  Q. And the elections are held in the city court -- city court

17  building?

18  A. Yeah, what we call like the little auditorium or something.

19  Q. Right. And you were in and out of there. --

20  A. That's right.

21  Q. -- at the time of the general election too?

22  A. No, not in the general election.

23  Q. But you were there for the runoff but not the general?

24  A. Well, I came and voted in the general election.

25  Q. Okay. So you came to the city hall that day?

Page 113

1  A. And voted.
2  Q. And did Darrell Mitchell report to you that Mr. Slaughter
3  had talked with the DOJ employees?
4  A. I ain't hardly talked to Darrell Mitchell at all. As a
5  matter of fact, we wasn't on speaking terms.
6      MR. COATES: Excuse me just a moment, Your Honor.
7  (Short Pause)
8  BY MR. COATES:
9  Q. Let me just ask you one other question about your
10  participation at deposition. You did write out a number of
11  questions for the lawyers to ask, did you not?
12  A. Yeah, a few questions.
13  Q. And do you remember approximately how many there were --
14  A. I don't remember all of that.
15  Q. -- per deponent?
16      MR. COATES: No further questions.
17      MR. WAIDE: Your Honor, if the Court please, I had
18  some cross also.
19      THE COURT: All right. On behalf of the other
20  plaintiff.
21          CROSS-EXAMINATION
22  BY MR. WAIDE:
23  Q. Mr. Brown, I want to ask you some questions about what
24  counsel has asked you to see if I understand what they're both
25  talking about. You started out by telling us that you talked

Page 114

1  to the chief of police up in Aberdeen and you've told them that
2  Mr. Slaughter had some problems down in Noxubee County.
3  A. That's right.
4  Q. All right. Now, who are the individuals that he had
5  problems with in Noxubee County?
6  A. Well, one of them I'd rather not say because of the fact
7  that it was involving a sexual sensitive matter, and the other
8  problems all related to the same thing: Females.
9  Q. Okay. He didn't have a problem with Deputy Grasseree?
10  A. No, not that I'm aware of.
11  Q. He had no problem with Deputy Grasseree?
12  A. That I'm aware of.
13  Q. And Mr. Grasseree is not a defendant in this suit that's
14  been filed against you, is he?
15  A. No, not that one.
16  Q. This is a suit -- if I understand it right, and you correct
17  me if I'm wrong, and for Judge Lee's benefit, this is a suit
18  that says that you -- it accuses you of racial discrimination
19  in the voting down there. Is that correct? You're accused of
20  that.
21  A. In my capacity as the Democratic chairman.
22  Q. And it accuses you of some very serious acts regarding
23  voting and what's going on down in Noxubee County, doesn't it?
24  A. Well, they're accusing a number of folks.
25  Q. Well, you're one of them. You're the first one that's

Page 115

1  named there. Right?
2  A. I understand, but it's a number of folks.
3  Q. Well, let me see if I can get a flavor for the kind of
4  things that you're being accused of. In fact, why don't you
5  tell us. What is it that you're being accused of doing with
6  the voters down there?
7      MR. COLOM: I object. There's no point in going into
8  the merits of this lawsuit, because if he starts inquiring
9  about the merits of the lawsuit I'm going to have to respond to
10  it.
11      MR. WAIDE: Your Honor, if the Court please, the
12  question is -- or one of the questions that we're here about is
13  whether Mr. Brown had anything to do with putting Mr. Grasseree
14  up to what he's doing, and he's just told us Mr. Grasseree is
15  not even a defendant in this case and didn't have anything
16  against Mr. Slaughter as far as he knows. And I'd like to show
17  there are very serious allegations here being made against
18  Mr. Brown and he would have every reason to be involved in it.
19      THE COURT: I'll reserve ruling on the objection.
20  BY MR. WAIDE:
21  Q. Mr. Brown, what kind of things -- I don't want to go into
22  the details, and I know you deny all of it, but what --
23  A. That's right.
24  Q. -- are these things you're being accused of doing?
25  A. Well, see, that's the problem. The allegations were

Page 116

1  general in nature against several folks and not specifically.
2  The only thing specific to the Democratic party was -- and I
3  assume the Democratic party, is like poll workers and committee
4  meetings.
5  Q. Well, let me just ask you specifically and see if I
6  understand some of them. One of the things you're being
7  accused of doing is keeping the white people's absentee ballots
8  from counting or having very strict standards for them but then
9  no standards at all for black people.
10  A. That's impossible.
11  Q. That's one of the things you're being accused of, though.
12  Right?
13  A. Someone is being accused of it, but it's impossible for me
14  to do that because I don't count ballots.
15  Q. And you're being accused of having people vote in the
16  election that don't live in the districts. Right?
17  A. That's impossible again. I have no authority over that.
18  That's election commission.
19  Q. But you're being accused of that?
20  A. I don't know if I am or not. It's three of us in the
21  lawsuit.
22  Q. You were here when you heard Mr. Colom say this morning
23  that you actually supported a white candidate for mayor?
24  A. I support a lot of white candidates.
25  Q. You support white candidates?

Page 117

1   A. Yeah.
2   Q. And you don't support white candidates, do you, sir, unless
3   they pay you a substantial amount of money for your support?
4   A. That's untrue.
5   Q. How much did you collect from Mr. Boykin, sir?
6   A. I didn't collect anything from him.
7   Q. You didn't take any cash from him?
8   A. No.
9   Q. When you had your income tax case in this court, where
10  was -- what was your source of the money you weren't reporting?
11      MR. COLOM: Your Honor, we're going far afield and
12  into the merits of the case.
13      THE COURT: The objection is sustained.
14  BY MR. WAIDE:
15  Q. Is it your testimony in summary, sir, that you don't know
16  of any reason why Mr. Grasseree would just go out and arrest
17  Mr. Slaughter? You don't know of any reason why he would do
18  that, just arbitrarily arrest him for no reason?
19  A. No more than what I heard.
20  Q. You don't know of any reason?
21  A. I don't run the sheriff's department, so, I mean, no more
22  than what I heard, now. Since you asked the question, I can
23  tell you what I did.
24  Q. I'm sorry? Tell you what you did about what, sir?
25  A. When I found out that they had arrested him.

Page 118

1   Q. All right, sir. What did you do?
2   A. I went to see the sheriff and then I went looking for
3   Terry, and I went to the judge and see about the charges, see
4   could they be dismissed, because I didn't want Mr. Slaughter to
5   lose his job in Aberdeen. Everybody needs a job.
6   Q. You went to see them about dismissing the charges?
7   A. That's correct.
8   Q. Who did you talk to about dismissing them?
9   A. Well, I talked to the judge, but, you know, he can't do
10  that.
11  Q. You talked to the judge about dismissing the charges?
12  A. Well, see could they -- you know, what could be worked out
13  because I didn't want him to lose his job.
14  Q. What judge is that you're talking about?
15  A. Judge Dixon.
16  Q. So you have already talked to Judge Dixon about this case
17  already.
18  A. When it first come up.
19  Q. And it was just you and the judge there talking?
20  A. That's all.
21  Q. So are you telling Judge Lee that you have a relationship
22  with a judge, Judge Dixon in Noxubee County, so that you can
23  just go talk to that judge about a pending case?
24  A. Everybody does.
25  Q. I see. Everybody has that relationship?

Page 119

1   A. Everybody can go talk to people, you know, just like his
2   brother did.
3   Q. You went to a year of law school?
4   A. Yes.
5   Q. And you didn't know you weren't supposed to talk to a judge
6   about a pending case?
7   A. I know the judge ain't supposed to talk to me.
8   Q. So you knew the judge was doing something wrong when he
9   talked to you?
10  A. He didn't talk to me. I talked to him.
11  Q. Did you tell him he ought to dismiss the charge?
12  A. No, I didn't tell him that. I was trying to find out
13  whether the judges were first and once -- whether it was a
14  misdemeanor or felony. When I found it is a misdemeanor or I
15  said, "This ain't going to amount to a whole lot," and he said,
16  "I don't know, but I doubt it."
17  Q. You say you talked to the sheriff?
18  A. I don't have any conversation. When I went to him, it was
19  like, "We will talk to Terry," but I ain't talked to Terry.
20  Q. You went to the sheriff for the purpose of talking to him?
21  A. Trying to see what was going on.
22  Q. Did the sheriff tell you why he was arrested?
23  A. He don't ever discuss no business with me like that.
24  Q. You were here in the courtroom this morning when the charge
25  were discussed?

Page 120

1   A. Yeah.
2   Q. Is that the first you knew about why he was being arrested?
3   Nobody ever told you why he's being arrested?
4   A. It was all over the newspaper.
5   Q. It was all over the newspaper?
6   A. Yeah.
7       MR. WAIDE: May I have just a moment, Your Honor?
8   (Short Pause)
9       MR. WAIDE: That's all, Your Honor.
10      THE COURT: Do you have redirect?
11      REDIRECT EXAMINATION
12  BY MR. COLOM:
13  Q. There was a discussion about the race between the current
14  sheriff and Mr. Eichelberger and the ruling that the election
15  was flawed. Do you recall that?
16  A. Something like that. I mean, like I said, I was just
17  brought in because I was the chairman then.
18  Q. Did Mr. Eichelberger ever file a petition with the court
19  requesting that the Democratic party be ordered to have an
20  election --
21  A. No, he did not.
22  Q. -- a new election?
23  A. No, he did not.
24  Q. Did Mr. Eichelberger ever approach the Democratic Executive
25  Committee about having another election?

Page 121

1  A. No, he did not.
2  Q. Did his lawyer ever approach the Democratic Executive
3  Committee to ask for a new election?
4  A. No, he did not.
5  Q. Did anyone come to the Democratic Executive Committee and
6  ask for a new election?
7  A. No, they did not.
8  Q. At the time did Mr. Eichelberger have a new job?
9  A. Yes, he did.
10  Q. And did that -- did he ever tell you why he did not request
11  a new election?
12  A. He didn't, but, you know, we knew what the Mississippi law
13  was.
14  Q. That he would have to resign his existing job with the
15  highway patrol in order to run a new election?
16  A. That's correct.
17      MR. COATES: Objection. He's leading his witness,
18  first of all. And, secondly, is that the witness has testified
19  that Mr. Eichelberger never told him why he allegedly did not
20  come back and ask for an election. Mr. Colom is trying to
21  suggest it was because of Mr. Eichelberger's status as a
22  highway patrolman, but this witness can't testify to that.
23      THE COURT: Well, rephrase your question.
24  BY MR. COLOM:
25  Q. Did Mr. Eichelberger have a job with the highway patrol?

Page 122

1  A. Yes.
2  Q. And had he requested a new election and participated in
3  that election, what would he have had to have done?
4  A. He would have had to resign.
5  Q. Now, it was talked about federal poll watchers at the city
6  election that had a discussion with Mr. Slaughter. You heard
7  that testimony, did you not?
8  A. Yes.
9  Q. Is it unusual for federal poll watchers to be in elections
10  in Noxubee County?
11  A. No.
12  Q. Has there been an election in the last 15 years where there
13  has not been federal poll watchers?
14  A. Well, I haven't been there sometime, but I can't think of
15  one.
16  Q. Okay. Do you even pay any attention to federal poll
17  watchers?
18  A. No.
19      MR. COLOM: Nothing further, Your Honor.
20  A. May I say something to the Court?
21      THE COURT: In explanation of a question that's been
22  asked you?
23  A. Yes, sir.
24      THE COURT: All right, sir.
25  A. A lot has been made of my friendship with Mr. Walker, but

Page 123

1  personally, I love politics and I like the winning and losing
2  of elections. But I'm kind of like George Waller used to be:
3  He loved running for office, but he didn't like governing it.
4  That's my attitude about politics. I like to help folks win or
5  lose, but then after that, it don't really matter with me. I
6  mean, I don't talk to Sheriff Walker about who he hires and who
7  he fires. I don't talk to Mr. Mickens about who he hires or
8  fires. I don't know talk to Representative Dixon how she votes
9  or Sandra Jackson. I just like elections. But now, once, they
10  get in office, I'm through with it.
11      MR. COATES: May I?
12      THE COURT: In response to that?
13      MR. COATES: Yes, sir.
14      FURTHER CROSS-EXAMINATION
15  BY MR. COATES:
16  Q. You've testified that you supported Bob Boykin for mayor of
17  the city of Macon. Correct?
18  A. That's right.
19  Q. And isn't it true that you made the statement to
20  Mr. Boykin's wife that if he won the mayoral position in the
21  city of Macon that they would, quote, owe you?
22  A. Not exactly that way.
23  Q. Words to that effect?
24  A. No. What I said was -- she had just won. All of us were
25  sitting around joking. She knew I was being facetious. And I

Page 124

1  said, "I worked harder than y'all did. Y'all owe me one."
2  That's what I said, because I was being facetious.
3  Q. So you just care about who wins or looses. You don't care
4  about how they govern. But you make statements to people's
5  wives during an election that they will owe you?
6  A. The election was over with. We were just joking out there.
7  All of us were out there kidding around.
8  Q. You meant that the Boykins owed you after the election.
9  Correct?
10  A. No, I was just joking with them.
11  Q. Mr. Eichelberger never told you that he did not want
12  another election. Correct?
13  A. No. To tell you the truth, we never talked one way or the
14  other.
15      MR. COATES: No further questions.
16      THE COURT: Mr. Brown, that concludes your testimony
17  and you may stand aside. Mr. Colom, do you have anything
18  further?
19      MR. COLOM: Nothing further, Your Honor.
20      THE COURT: Do the plaintiffs have any rebuttal?
21      MR. COATES: No, sir.
22      MR. MURRAY: No, Your Honor.
23      THE COURT: All right.
24      MR. COLOM: Your Honor, I haven't had a chance to talk
25  to the sheriff and Mr. Grasseree. They are -- they asked me

31 (Pages 121 to 124)

Page 125

1 and I agreed on their behalf to request that the Court give a
2 continuance in this matter and allow them to have an attorney
3 to participate in a subsequent hearing. They are -- they're
4 currently without counsel. I think that they were mistakenly
5 under the belief that Mr. Walker was going to represent them
6 and that they have discovered I think as of today that he does
7 not.
8        SHERIFF WALKER: That was true. That's what was told
9 me by -- the president of the board told me Ricky Walker was
10 sent to represent us.
11        THE COURT: When was the Complaint filed in this case?
12        MR. MURRAY: The Complaint was filed October 11, 2005.
13 It is in the process of being served. As a sworn affidavit
14 before me, I notified each and every defendant, Sheriff Walker,
15 Deputy Grasseree, Mr. Walker, and the County of Noxubee that
16 there would be a hearing today and they needed to be here.
17        THE COURT: Process has not been served?
18        MR. MURRAY: No. This is a temporary restraining
19 order, so, I mean -- parties do not have to be here to begin
20 with. So, I mean, and the other aspect is they have a --
21 they're trying Mr. Slaughter on next Monday. So the fact of
22 the matter is they've had plenty of opportunity. They've known
23 about it. I swear to this Court they have been severed on
24 this, but, again, you know, they didn't even have to be here.
25        THE COURT: What is the prosecution of this case

Page 126

1 slated to occur?
2        MR. WALKER: A week from tomorrow is my understanding,
3 Judge. I believe that's the 14th. I don't have my calendar
4 with me. A week from tomorrow, whatever date that is.
5        THE COURT: We can't very well continue the case then
6 if the effect of this would be to carry the hearing past the
7 date that the trial is scheduled.
8        MR. COLOM: Just one moment, Your Honor.
9        THE COURT: Let me speak to the lawyers off the record
10 a minute.
11        (At the bench off the record)
12        THE COURT: I'm going to take a recess for a few
13 minutes.
14        (Recess)
15        THE COURT: In this case there are some serious
16 allegations that concern the Court greatly, particularly your
17 conduct, Mr. Grasseree. There doesn't seem to be any basis for
18 criminal prosecution in this case, at least prosecution of
19 Mr. Slaughter. The Court wonders why the sheriff and the
20 deputy are pursuing these charges under these circumstances. A
21 request has been made on behalf of these defendants that they
22 can employ counsel before the Court finally rules on this --
23 these injunctive motions. The Court is going to allow Sheriff
24 Walker and Deputy Grasseree to have 20 days within which to
25 employ counsel. The case will be continued until that time;

Page 127

1 but in the meantime, as a condition of continuing this case,
2 the criminal prosecution in the justice court is enjoined and
3 at such time as the Court is advised that within 20 days that
4 counsel is employed, we will set an early hearing for the Court
5 to then hear and finally rule on these motions. Is there
6 anything from either the plaintiffs or defendants that you want
7 to ask about the Court -- ask of the Court before I adjourn?
8        MR. COATES: Yes, sir.
9        THE COURT: All right, sir.
10        MR. COATES: Your Honor, we would -- we still have our
11 motion pending for protective order and would like to be heard
12 on that at this time, if we could.
13        THE COURT: All right.
14        MR. COATES: Your Honor, the claims by Mr. Slaughter
15 in his 1983 action and the motion by the United States for
16 protective order in United States v. Brown, as the Court is
17 well aware, are two different matters. There's an overlap in
18 terms of the evidence, but there is evidence that's relevant to
19 our claim that's not relevant in the 1983 action and vice versa
20 and --
21        THE COURT: All right. Specifically what is it that
22 you ask of the Court and the basis for it?
23        MR. COATES: What we're asking for is the Court issue
24 a protective order that would direct Mr. Brown, the members of
25 the Democratic Executive Committee, Terry Grasseree, and any

Page 128

1 other officers or agents working in concert with those
2 defendants not to intimidate, harass, or threaten violence
3 toward any people who are believed to have information relevant
4 to this case. The reason -- and we believe that there is some
5 persuasive evidence before the Court that would indicate that
6 that type of protective order is necessary to ensure that the
7 Voting Rights Act case against Mr. Brown and the members of the
8 Democratic Executive Committee can be properly litigated in
9 this court.
10        These are highly unusual circumstances for one law
11 enforcement officer, the deputy chief in Noxubee County, to
12 treat another present law enforcement officer in the manner
13 that Mr. Slaughter was treated on July 15th of 2005. There is
14 no -- the evidence is clear that there is no legal probable
15 cause for any kind of an arrest to have taken place on
16 July 15th. Mr. Slaughter has testified under oath here today,
17 and Mr. Grasseree even though he is present in court has not
18 taken the stand and given any contradictory evidence, so in --
19 at this point in the proceeding, Mr. Slaughter's rendition of
20 the events of July 15th is uncontradicted and it is also
21 corroborated by the testimony of Officer Clanton.
22        For Noxubee County officials to press an obvious frivolous
23 criminal prosecution against one of -- one of the people that
24 we believe has relevant knowledge in this case is a factor that
25 weighs in favor of the need for a protective order. Even if

Cherie G. Bond
U.S. Court Reporter                                          (601) 936-4466

Page 129

1  the July 15th incident had not occurred, Mr. Slaughter
2  testified that Mr. Grasseree sometime between the
3  May 17th primary and the general election in early June talked
4  to him about the fact that he should not be talking with people
5  from the Department of Justice and that he should not talk to
6  them because they were no good. So even if the incident had
7  not occurred on July 15th, there's already uncontradicted
8  evidence in the record -- Mr. Grasseree has not contradicted
9  that testimony of Mr. Slaughter even though he's been in court
10  today, uncontradicted testimony that there had been prior to
11  July 15th a statement that Mr. Slaughter should not talk to
12  members of the Department of Justice, and that factor weighs
13  heavily in favor of our motion for protective order.
14      Thirdly, is the sequence of events. In many cases where
15  the matter is disposed of on the basis of some very persuasive
16  and highly relevant circumstantial evidence is that the time
17  sequence and the proximity of events to each other have great
18  weight. In this case, the evidence is clear that three days
19  after the list went out that Mr. Grasseree was on, three days
20  later this unprovoked incident between Grasseree and Slaughter
21  occurred.
22      Mr. Slaughter's value to the United States in the case of
23  United States versus Ike Brown is very, very important. It
24  reminds me of what people used to say in North Carolina, the
25  state that I'm from, is that the government can't prosecute

Page 130

1  bootleggers by calling somebody who is a teetotaler. I'm not
2  speaking about Mr. Slaughter's drinking habits here because I
3  don't know anything about them. I'm merely using it as an
4  analogy.
5      The reason that Mr. Slaughter's name jumped off of that
6  list is because unlike a number of the other people who are on
7  that list, he is a person who has been inside the sheriff's
8  department. Noxubee County officials, including Mr. Brown,
9  knew that Mr. Slaughter would know things of an eyewitness
10  nature that would be valuable -- very valuable to our Voting
11  Rights Act case that other people would not know, and the value
12  of him as a witness to the United States begs for the Court to
13  restrain any type of intimidation or threats to him.
14      Now, Mr. Brown has claimed that he did not learn who the
15  potential witnesses were in the case until he read something
16  about it in the newspaper, but the evidence indicates that
17  Mr. Brown is a very politically active person in a number of
18  organizations and various parts of the state. He's a former
19  law student at Mississippi College of Law here in Jackson. He
20  has actively participated in eight depositions of -- not
21  members of his -- seven of them not members of his committee,
22  He goes to the depositions, sits beside the deponents, writes
23  questions to his lawyers, asks his lawyers to move so he can
24  sit beside one of the deponents. This is a person who is
25  actively involved in the defense of this case.

Page 131

1      And his testimony that after all of that activity, after
2  working with the lawyers with regards to the documents and the
3  list of potential witnesses, attending all the depositions,
4  that he would not find out who the potential witnesses are in
5  this case is unbelievable; and we would respectfully submit
6  that it should not be credited, and the fact that Mr. Brown is
7  a convicted felon in this court on nine counts of tax forgery
8  within the last ten years also weighs against the weight that
9  should be given.
10      Now, Ms. Woodrick, in a deposition, said that she did not
11  give Mr. Brown the names, and Mr. Colom has represented to this
12  Court today that he did not give Mr. Brown the names; but the
13  testimony today indicated that Mr. Brown had reviewed documents
14  in Mr. Colom's law firm without either one of those lawyers
15  being there. Your Honor, that creates the real possibility
16  that Mr. Brown could have found the list in the documents -- in
17  the document file and found out that Mr. Slaughter's name was
18  on that list of 110 people without those two lawyers knowing
19  it. It creates the real possibility that Mr. Colom and
20  Ms. Woodrick are telling this Court the truth when they make
21  those representations, but Mr. Brown is not telling the truth
22  when he testifies that he did not know that Kendrick Slaughter
23  was on the list of people who were felt to have information.
24  It is also noteworthy, Your Honor, that Mr. Grasseree was a
25  member of the Democratic Executive Committee until 2003, a time

Page 132

1  in -- 2003 is a time that's very important to the merits of our
2  lawsuit because it involves the 2003 primary about which a lot
3  of the evidence on the merits of the case will have to do
4  about.
5      Ms. Brown's deposition: What Mr. Grasseree had taken sides
6  and essentially enforced the 50-foot Mississippi law rule about
7  not campaigning at the polls in a way in favor of Mr. Albert
8  Walker and against his white opponent in the 2003 Democratic
9  primary is also an important factor. And the uncontradicted
10  testimony of Mr. Grasseree that Mr. Grasseree had approached
11  him and tried to get him to come out of the 2005 race in the
12  city of Macon because of Mr. Grasseree's fear that
13  Mr. Slaughter's candidacy would split the black vote is a very
14  type of racial politics that Mr. Brown and the executive
15  committee are accused of practicing in this case. And we would
16  ask on the basis of all of those pieces of circumstantial
17  evidence that the Court grant our protective order.
18      Now, the cases that we rely upon are cited in our brief.
19  Judge Higginbotham, the late Leon Higginbotham, when he was on
20  the Eastern District of Pennsylvania had an analogous case
21  that's discussed, Commonwealth v. The Local Union No. 542. It
22  was not a Voting Rights Act case but it was a Title 7 case.
23  And Judge Higginbotham ruled that the Court had the inherent
24  power to issue injunctive relief to enjoin violence or
25  intimidation or harassment designed to deter the use of the

33 (Pages 129 to 132)

Page 133

1 federal courts. And what has happened to Mr. Slaughter in this
2 case is a very, very good example of where inherent powers are
3 needed; and we ask the Court to use them to protect the
4 jurisdiction and the validity of the process that we will be
5 about before, Your Honor, in the merits of the case.
6      THE COURT: What position do you take about your --
7 the burden of proof in establishing this? You referenced
8 some -- perhaps somewhat related occurrences that might
9 indicate or suggest that this is not coincidental, but what is
10 the standard of proof and how is it that you've met that burden
11 of proof? I've heard your explication of the facts, but do you
12 have anything to say about your burden of proof on this?
13      MR. COATES: Yes, sir. We believe that if the -- the
14 preponderance of the evidence test would be the normal test;
15 and we believe that the evidence, including the uncontradicted
16 evidence in this case, would support a finding that it is more
17 likely not that Mr. Slaughter was intimidated and harassed
18 because of the -- of the fact that he was known to be someone
19 who was cooperating with the DOJ. And it's particularly, we
20 believe, appropriate for the Court to draw that inference in
21 light of the fact that we still have the continuation of an
22 unwarranted and meritless criminal prosecution. Why else would
23 one go forward with a prosecution that is so meritless other
24 than to do it for alternative reasons. But we -- and we
25 concede that under Judge Higginbotham's ruling that

Page 134

1 preponderance of the evidence or moral certainty would be the
2 standard, but we have cited the case of United States v.
3 Melrose East Subdivision and provided the Court and opposing
4 counsel with a copy of the case. It's a 2004 Fifth Circuit
5 case. It involves a civil forfeiture where the government
6 asked for interim relief to enjoin the defendant from conveying
7 property during the case because the property was the subject
8 of the civil forfeiture. We ask the Court to give great
9 consideration to whether Melrose would provide a basis for
10 concluding that a probable cause standard is applicable here
11 rather than a preponderance of the evidence test, that we
12 believe that we satisfy both. We do not think that United
13 States v. Melrose is controlling authority because it arises in
14 a different context, but we believe that it's pervasive
15 authority.
16      What we read Melrose to say is that it refers to the 1989
17 Supreme Court case, United States v. Monsanto, which was
18 decided long after Judge Higginbotham's decision that we refer
19 to. And what Monsanto says is essentially in deciding a
20 standard of proof -- under the due process clause, in deciding
21 the standard of proof one looks at what interests are at play;
22 and in this case, the United States is not asking for an
23 injunction that would pertain to the merits of the case. Many
24 times -- or sometimes in a Voting Rights case, for example,
25 if we were challenging out large elections, we would ask for

Page 135

1 interim elections to be held on a district voting matter or in
2 this case we would ask for Mr. Brown to be enjoined concerning
3 the selection of poll workers or certain activities at the
4 poll, but we're not asking for any of the relief that we're
5 asking for in the underlying case. The only thing that we're
6 asking for in our protective order is an order that simply
7 tells the defendants and Mr. Grasseree not to do what they
8 already have a legal -- have a legal duty not to do, and that
9 is not to harass and intimidate or threaten persons who might
10 have information that would be relevant to the case. So the
11 interest by Mr. Grasseree or by Mr. Brown or by the Democratic
12 Executive Committee is not -- is not weighty.
13      We're just asking the Court to tell them to not do what
14 they already have a legal duty not to do and that in that
15 context that an application of the Melrose, the 2004 Fifth
16 Circuit ruling applying the Monsanto reasoning from the Supreme
17 Court, would say that a probable cause -- probable cause to
18 believe that Mr. Slaughter was harassed and intimidated because
19 of the fact that he had cooperated with the DOJ and because the
20 very person who harassed him had told him not to talk with us,
21 that that -- that evidence is sufficient to satisfy the
22 probable cause standard and that even if the Court disagrees
23 and would say that Melrose is not applicable and, therefore, we
24 have to satisfy the more demanding, more likely than not
25 probable cause standard, that all the circumstantial evidence

Page 136

1 in this case and the direct evidence in this case and the
2 uncontradicted evidence in this case would satisfy that
3 standard.
4      We know that this is an unusual remedy to ask for, but we
5 believe that these are unusual circumstances and that
6 irreparable harm will occur in the United States' opportunity
7 to prove its case and carry its burden of showing Voting Rights
8 Act violations by Mr. Brown and by the Democratic Executive
9 Committee if that relief is not granted. Thank you very much,
10 Your Honor.
11      THE COURT: Mr. Colom, do you want to respond?
12      MR. COLOM: Yes. Your Honor, there are no cases
13 outside of the forfeiture cases that apply to anything other
14 than the probable cause standard. I think it is hornbook law
15 that the probable cause standards -- not probable cause, is a
16 preponderance of the evidence standard as a standard in this
17 case.
18      THE COURT: Preponderance of the evidence because
19 probable cause is not as a heavy a burden.
20      MR. COLOM: It's no doubt in this context only
21 preponderance of the evidence has been applied only in the
22 context of forfeiture of drugs and those things and property
23 cases where -- involving taking of property by eminent domain,
24 they've stopped based on probable cause standard.
25      Your Honor, this case is not a mystery. We pretty much

Page 137

1  know what happened. Grasseree stopped Mr. Slaughter, told him
2  to go see the sheriff. There was some issue about whether or
3  not he was still working, what he was going to do with the
4  uniform and whatever; and Mr. Slaughter insulted Mr. Grasseree
5  at least, told him he wasn't going now, get there when he
6  could, rolled up his window and drove off.
7      Then there was a pursuit. After the pursuit and all the
8  incidents took place, his brother comes and testifies that I
9  talked to Mr. Grasseree. I talked to the sheriff. I believe
10  that's what he said. And they said if you -- they are willing
11  to forget about it and -- Mr. Slaughter says if he would forget
12  about it. And Mr. Slaughter said, "I'm not going to forget
13  about anything." Never once did Ike Brown, this case involving
14  the United States of America against the Democratic Executive
15  Committee ever come up. It wasn't even a consideration. You
16  forget about it, we'll forget about it. It seems that the
17  people lost their tempers over this situation as best evidence
18  says now.
19      Slaughter does not claim that Mr. Brown intimidated him. I
20  think it's important that the Court look at the disclosures by
21  the United States. There's 100-and-something witnesses on that
22  sheet. Virtually everybody who's ever been active in any
23  campaign in Noxubee County is listed as a person with
24  knowledge. There is no reason for Ike Brown to single out
25  Mr. Slaughter for any reason because virtually everybody in the

Page 138

1  county that's active in politics is on the list, 100 maybe -- I
2  think it's 180 people.
3          MR. COATES: 110.
4          MR. COLOM: 110. And it in no way suggested that
5  Mr. Slaughter in any way was adverse to him in any way. A lot
6  of the people on the list are clearly people Mr. Brown has been
7  active in supporting in campaigns.
8      You know, this order is designed for -- everybody knows you
9  can't harass and intimidate witnesses. In fact, it's not an
10  injunction you're worried about. You're worried about being
11  prosecuted. This is designed for one purpose, have this
12  hearing with virtually no evidence supporting that Mr. Brown
13  has done anything so the United States can get a headline that
14  they got an injunction against him to discourage him as much as
15  they can in this process. Your Honor, there is no evidence
16  supporting that Mr. Brown did anything other than help
17  Mr. Slaughter get a job. Thank you.
18          THE COURT: I've previously stated that this hearing
19  for injunctive relief and these two cases would be continued,
20  and what I said applies also to the government's motion for
21  injunction with regard to harassing people who have been
22  identified by the United States in its additional disclosures
23  as having information in the case. I will reserve --
24  obviously, by continuing the case I'm reserving ruling on that
25  motion also and will -- when we've had the full or the.

Page 139

1  completed hearing, I will rule. Court is adjourned.
2      (Recess)

Cherie G. Bond
U.S. Court Reporter                              (601) 936-4466

**A**

Abderdeen 13:22
Aberdeen 13:25 19:6
40:13,19,24 41:3,5
49:21 64:25 90:1,9
90:18 96:7 111:8
114:1 118:5
ability 18:14
able 31:22
absentee 97:19 107:14
116:7
accept 17:7
account 82:20
accountant 33:7,8
accused 114:19 115:4,5
115:24 116:7,11,13
116:15,19 132:15
accuses 114:18,22
accusing 114:24
Act 128:7 130:11
132:22 134:24 136:8
action 86:22 127:15,19
active 17:9 90:18
94:17,20,24 96:4
102:5,10 109:1
130:17 137:22 138:1
138:7
actively 130:20,25
activities 135:3
activity 43:21,22 44:2
131:1
acts 114:22
actual 60:20
Adams 2:2 3:10,13 9:3
23:4,11,25 51:4,10
56:23 58:10,24 59:18
additional 7:24 8:13
78:1 138:22
address 37:6,12 38:16
39:11
addressed 106:5
adjourn 127:7
adjourned 139:1
admissible 47:3
adverse 138:5
advised 100:13,15
101:20,21 127:3
affect 93:23
affidavit 8:14 125:13
affidavits 8:5 68:10,14
86:13
affiliation 37:23 38:1
affirm 104:3 110:25
afield 108:3 117:11
African-American

15:12,13
afternoon 32:3 94:5,6
age 51:15
agency 13:19,21
agents 128:1
ago 95:19 103:11
101:15 102:4
agree 5:19 93:18
agreed 125:1
agreement 60:9 111:17
ahead 35:11 40:20
ahold 82:6
ain't 19:4 22:17 63:6
64:23 65:6 72:13,14
72:24 73:6 74:22
76:11,14 82:15,19
113:4 119:7,15,19
AL 1:5,9
Albert 5:7 18:6 19:12
32:9 69:13 105:20
106:21 132:7
alderman 14:19 15:4
88:10
aldermanic 14:20
alderman-at-large
88:8,15 89:20
allegations 5:11 6:3
92:12,19 115:17,25
126:16
allege 9:7
alleged 87:14
allegedly 121:19
allow 125:2 126:23
allowed 9:23 18:1 47:5
altercation 37:4
alternative 133:24
America 137:14
amount 117:3 119:15
AMREICA 1:3
analogous 132:20
analogy 130:4
angles 52:10
announce 110:20
answer 7:11 38:24
44:25 75:23 79:11
86:1 110:18
anybody 44:14 67:15
71:10
anymore 82:2
anytime 33:17
apartment 40:2
apologize 84:24
appear 17:16
appearance 7:3 31:24
32:7

**APPEARANCES** 2:1
appeared 68:20
appears 6:24
applicable 134:10
135:23
application 47:21
49:21 135:15
applications 5:8
applied 40:13,17 90:12
136:21
applies 138:20
apply 40:20,23 41:5
136:13
applying 40:19 135:16
appreciate 62:10
approach 49:20 54:22
120:24 121:2
approached 54:10
132:10
approaching 52:12
appropriate 133:20
approximately 14:9
34:11 87:18 113:13
April 87:20
arbitrarily 117:18
area 27:21 108:8
arises 134:13
arms 27:10
arrest 44:24 71:8 76:23
91:19 117:16,18
128:15
arrested 44:7 65:24
66:1,3 67:11 70:13
77:16 117:25 119:22
120:2,3
arresting 57:16 70:15
70:18 77:12,13,14
articles 103:1,17,20
aside 33:12 51:3
124:17
asked 32:18 37:6 43:15
43:19 44:12,14 48:15
50:2,21 62:3,4,13
63:9 65:14 66:6 67:3
67:4,4,5,21 74:14
80:6 90:13 91:25
92:25 104:18 106:9
107:2 111:12 113:24
117:22 122:22
124:25 134:6
asking 43:21 47:23
66:7 79:20,24 108:24
127:23 134:22 135:4
135:5,6,13
asks 130:23

aspect 125:20
ass 26:13 31:6,13
assigned 59:13,16
assistance 49:21
assisting 9:3
associate 8:14,22
assume 88:4 116:3
attempt 68:18
attempts 107:24
attend 42:23 99:25
101:5,18 107:21
attendance 19:13
attended 94:14 96:17
97:1,8,15,25 98:10
98:15 100:8
attending 131:3
attention 13:9 24:2
53:3,4 122:16
attitude 92:16 93:7
123:4
attorney 7:10 23:3
48:15 100:13 102:22
110:10 125:2
attorneys 41:19 90:25
102:2 104:11,14
at-large 14:21
auditorium 112:18
August 8:20
authorities 10:1
authority 79:19 116:17
134:13,15
authorization 112:5
auxiliary 13:13 18:2
21:12,16
auxillary 12:20 14:5
45:20 47:17,21 48:2
48:3 79:13,14 85:25
available 60:19
avoid 59:22
aware 58:20,25 59:7,9
59:10 104:10 114:10
114:12 127:17

**B**

baby 61:18 66:3,22
back 18:18 24:16 26:17
27:5,6 28:9,12,18
31:9 33:1,5,7 53:17
54:3 55:25 62:6,9
72:3 77:25 78:11
81:25 82:1,2,7,15
85:3 87:13 95:20
102:4 104:5 105:4
121:20
bad 18:22

badge 45:23 46:5,7,10
Ballard 36:25 37:1,1
ballot 17:11,16
ballots 97:19 109:17
116:7,14
Bankhead 101:5,10
Barbara 15:20 16:23
based 5:10 136:24
basically 16:18 21:22
24:1 33:6,24 36:3,5
36:12,19 41:23 43:23
49:6
basis 126:17 127:22
129:15 132:16 134:9
bearing 46:15
bears 9:14
bed 50:17
Beemer 11:25 33:20,22
34:2
began 100:13
beginning 103:16
begs 130:12
behalf 11:3 68:19
113:19 125:1 126:21
behavior 32:9,19,20
belief 125:5
believe 5:18,20 9:14
35:24 44:23 51:5
56:12 58:2,7 88:23
90:14,15 93:9,9 95:8
97:12 99:13 104:12
126:3 128:4,24
133:13,15,20 134:12
134:14 135:18 136:5
137:9
believed 60:1 91:3
128:3
belonged 66:10,13,24
67:7,17
belonging 67:3
belt 30:14 67:8 78:13
bench 126:11
benefit 114:17
best 73:22 74:5 87:22
106:10 137:17
better 26:18 29:6 31:15
40:4,9,10
Betty 43:8
beyond 6:4 48:14
bias 47:2
big 89:24 92:23
bigger 53:20
Bill's 30:1,2
bit 36:4 84:3
black 15:21 16:24,24

18:22 49:15 106:5
116:9 132:13
blacks 18:10
blinked 72:9,12
block 28:2,17,17,18
29:11 53:16,19
blocks 28:10,13 29:16
29:17,17 53:20
blue 25:11,12 35:18
53:3,5,6 75:25 77:2,6
77:8
board 18:7 19:16
100:20 111:3 125:9
Bob 3:9 9:8 12:6 42:16
42:18 51:4,7 88:2
97:5 105:23 123:16
Bobby 51:14
bodies 45:19
bogus 92:18
bond 1:22 31:22,24
32:7 66:5
Boo 19:12
book 76:12
books 76:7
bootleggers 130:1
boss 77:7
bosses 70:5
bothered 93:11
bought 39:25 89:18
box 78:1
Boykin 42:16,18 88:3,3
88:4 97:5,10,13
105:23 111:24 117:5
123:16
Boykins 124:8
Boykin's 123:20
brake 54:25
braked 55:5
break 77:21,22
brief 132:18
briefly 33:21 58:11
bring 80:17 110:11
bringing 64:3
Brooksville 45:20
46:14
brother 45:11 50:15
61:18 62:4,5,6,11,14
63:1,10,12,25 64:9
64:24 65:5,12,19,24
66:7 67:18,22 68:1,2
107:14 119:2 137:8
brother's 61:24 107:11
brought 86:23 92:22
108:12 110:13
120:17

Brown 1:5 2:5 3:24 5:2
6:21 7:21 8:6,7,16,20
9:21 20:12,15 23:16
36:3,19 37:5,10,24
38:2,5,14 39:8 40:3
40:14,16,19,22 41:9
42:12 43:8 44:4,6,10
44:16,24 49:2,10,11
49:20 61:4 64:16,18
65:4 80:10,11 86:10
86:16,21,22 92:12
94:5 96:21,23 102:1
108:25 113:23
115:13,18,21 124:16
127:16,24 128:7
129:23 130:8,14,17
131:6,11,12,13,16,21
132:14 135:2,11
136:8 137:13,19,24
138:6,12,16
Brown's 108:22 132:5
buddies 38:3
building 20:8 112:14
112:17
bump 29:20 30:4
bumped 29:24
burden 133:7,10,12
136:7,19
business 25:18 74:13
74:17 75:19 119:23
buy 89:22

_____ C _____

calendar 126:3
call 9:6 10:10 11:20,21
12:10 13:9 18:6 19:2
19:4 33:18,22 34:3
44:5 51:4 53:8 60:18
61:6 70:23,23 81:2,4
81:9 104:21 107:23
112:18
called 7:17 19:3 33:24
34:19 43:13,23 65:2
66:3 70:25 71:2,3
111:12
calling 130:1
campaign 96:10 137:23
campaigning 40:6
132:7
campaigns 40:24 96:4
109:1 138:7
candidacy 16:20 17:18
18:22 132:13
candidate 88:25 116:23
candidates 106:6,18

116:24,25 117:2
capacity 12:24 34:8,15
35:2 57:23 114:21
Capitol 1:24
car 21:20 22:13,15
24:11,14,19 25:11,11
29:6,21,21 30:22
31:3,5,9 52:5,15 53:2
71:19 73:7,10,24,25
76:16,19,25 77:1
care 25:18 74:13,17
75:19 124:3,3
Carl 5:3 98:15
Carolina 129:24
Carrie 8:22 97:15
99:10
carried 66:23 77:1
carry 13:14 126:6
136:7
case 5:5 7:3,12 8:2,6,7
8:8,10 9:16 10:5
20:13 48:25 58:6
59:13 60:2,24 79:2
91:4,10,13 92:13,17
92:19 94:9 96:14,16
96:18 98:5 101:16
102:6 103:12 104:12
108:18 115:15 117:9
117:12 118:16,23
119:6 125:11,25
126:5,15,18,25 127:1
128:4,7,24 129:18,22
130:11,15,25 131:5
132:3,15,20,22,22
133:2,5,16 134:2,4,5
134:7,17,22,23,24
135:2,5,10 136:1,1,2
136:7,17,25 137:13
138:23,24
cases 5:2,7 78:25
129:14 132:18
136:12,13,23 138:19
cash 117:7
catch 53:4
caught 53:3
cause 128:15 134:10
135:17,17,22,25
136:14,15,15,19,24
caused 44:24
ceased 21:12
certain 15:3
certainty 134:1
chair 99:14 101:4,14
chairman 19:15 34:15
34:22 35:2 86:25

95:14,21,24 101:6
107:19 108:1 109:25
110:5,6,15 114:21
120:17
chairs 98:25 99:1,2
challenging 134:25
chance 10:12 25:22
40:4,9,10 90:16
107:5,7 124:24
chancery 44:1 85:13
108:12
characterize 52:21,24
53:1 105:5,5 106:8
charge 31:17 46:15
71:11 119:11,24
charged 35:15 46:12
46:24
charges 44:7 59:16
63:5,8 68:1,10 70:15
70:17 118:3,6,11
126:20
chasing 50:11
check 19:3 32:22,25
33:2,4,7,25 50:6
74:18 83:13,17
CHERIE 1:22
chief 6:14,15 16:3 18:6
19:18 20:25 24:21
27:2 30:11 32:20
43:25 50:10 51:24
61:23 62:25 63:4,7
63:15 69:17,21 77:11
81:6 90:9,10 98:4
108:23 111:11 114:1
128:11
chosen 101:18
Chris 9:2
Christian 2:2 9:3 23:4
CHRISTOPHER 2:2
circuit 44:1 98:15
100:3 134:4 135:16
circumstances 126:20
128:10 136:5
circumstantial 129:16
132:16 135:25
cited 132:18 134:2
city 13:6 14:13,18 16:1
16:5 17:12 18:3,23
20:3,4,5,6,7,7,10
25:4 27:11,22 42:12
63:11 87:15 88:10
92:4,5 111:2,23,23
112:7,7,10,13,13,16
112:16,25 122:5
123:17,21 132:12

civil 1:4,8 9:4 60:3
86:22 134:5,8
claim 127:19 137:19
claimed 94:8 130:14
claims 60:2 91:4
104:12 127:14
Clanton 3:18 27:3,4,10
30:20 31:19,20 68:8
69:1,6,8 77:25
128:21
clarification 85:7 91:5
91:7
clarify 47:8 48:16
clause 134:20
Clayton 11:25
clear 47:9 84:23 128:14
129:18
clearly 138:6
clerk 32:18 33:17,19
98:15 100:2
clerk's 100:3
clients 8:9
clippings 102:16,17,21
104:6
close 18:16 54:15 61:4
75:5
coat 99:14
Coates 2:2 3:3,7 4:1,4
5:22 9:1,2,21,23 10:6
10:15,22 12:5,9,14
13:4,11,12 17:2,4
26:4,9,10 34:23,25
35:7 48:9,15,18
49:23 59:22 60:10,22
61:3 79:7 91:1 94:4
108:5,7,21 109:3
113:6,8,16 121:17
123:11,13,15 124:15
124:21 127:8,10,14
127:23 133:13 138:3
coincidental 133:9
collect 117:5,6
collecting 97:19
collection 104:14
College 94:15 130:19
Colom 2:5 3:5,12,16,20
3:22,25 4:3 6:19,20
6:24 7:20,24 8:3,7,11
8:13 10:16,18 11:8,9
34:21 36:7 38:13
39:2 46:17,23 47:4
48:13 57:22 58:8,22
60:8,19 64:15 65:8
65:10,22 68:17 78:4
78:6 79:12 80:2,6,8

| | | | | |
|---|---|---|---|---|
| 81:24 84:3 85:6,10 86:7,8,10,19 91:6 94:1 102:13 103:9,24 103:25 108:2,17 115:7 116:22 117:11 120:12 121:20,24 122:19 124:17,19,24 126:8 131:11,19 136:11,12,20 138:4 Colom's 10:24 60:4 99:11 103:13 131:14 Columbus 102:13 come 19:3 21:7 22:14 24:19 30:15 32:5 43:23 55:23 66:6 76:3,21,22,23 77:25 80:16,19 81:7,8,20 82:11 83:3,5,24 85:21,21 87:24 88:1 99:1 101:21 110:11 112:5 118:18 121:5 121:20 132:11 137:15 comes 137:8 coming 28:22 29:4 33:25 52:18 68:9 71:4,20 74:15,16 75:22 76:8 83:22,23 83:24 84:1,4,11 89:2 commence 13:25 commission 5:4 101:6 116:18 commit 76:1 committed 72:19,20 77:4,9 committee 5:3 6:22 7:21 34:9,16 35:3 42:23,25 43:5,11,17 43:21 87:1 94:23 95:3,4,4,5,15 96:24 97:11,23 98:8,19 100:6,25 101:11,18 104:17 109:25 110:15 116:3 120:25 121:3,5 127:25 128:8 130:21 131:25 132:15 135:12 136:9 137:15 Commonwealth 132:21 company 7:5,6,8,9 51:20 57:4,6,23 complaint 71:10 125:11,12 complete 86:20 | completed 139:1 completely 55:8 concede 133:25 concern 88:19 126:16 concerned 93:5 concerning 18:14 20:25 135:2 concert 128:1 concludes 59:19 86:3 124:16 concluding 134:10 conclusion 9:25 109:19 condition 19:8 127:1 conduct 35:17 78:3 93:21 126:17 confused 84:3 85:19 confusion 34:24 connected 47:1 connection 43:16,20 44:14 92:1,13 consent 92:25 93:2,5,7 93:10,13,18 consider 48:1 92:18 consideration 134:9 137:15 consolidated 5:19 consolidation 5:23 contact 33:15 89:25 contained 59:24 contains 93:19,19 contest 96:11 107:15 107:18 108:9,10,13 context 134:14 135:15 136:20,22 continuance 125:2 continuation 133:21 continue 18:2,14,15 126:5 continued 126:25 138:19 continuing 54:15 127:1 138:24 contradicted 129:8 contradictory 128:18 control 36:3 controlling 134:13 conversation 16:3,7,9 26:21 32:8,11,14 39:8 62:2 64:6 73:10 73:12,23 74:6,8 87:16,18,21 91:20 119:18 conversations 17:25 21:14 40:22 | conveying 134:6 convicted 104:19 131:7 conviction 95:11 cooperated 135:19 cooperating 135:19 copy 8:19 134:4 corner 29:8,11,24 correct 8:11 15:2 17:5 17:6,20 21:10,14 23:15,23,24 25:5 28:19 29:12 34:22 40:25 42:1,2 43:8 45:25 49:8,19 52:11 52:13 53:15 57:4,5 58:7,12 68:24 78:20 79:16 80:1 86:23,24 87:2 93:1,3,4 94:9,13 94:16,19 95:12,16,23 96:1,13 97:2,11,20 98:1,5,13,17,23 99:6 99:21,23 100:3,20 101:23 102:2 103:6 103:21,23,25 104:20 105:2,10,18,25 106:21 108:10,13 110:16 111:6,20 112:8,9 114:16,19 118:7 121:16 123:17 124:9,12 correction 100:10 corroborated 128:21 corroborating 6:15 9:9 council 16:1 87:15 counsel 5:12 36:11 60:11 101:20 113:24 125:4 126:22,25 127:4 134:4 count 116:14 counted 109:18 counting 116:8 counts 104:20 131:7 county 1:9 5:3,4,4,6 6:21,25 7:4,8 12:20 13:7,7,8,9 14:6 17:25 18:17,23 19:1,16 21:24 24:6,7 29:13 31:2 33:9,10 34:9 35:23 42:4,7 47:15 47:20 58:14,16,25 59:3 66:10,14,25 67:4,7,17 68:19,20 69:7,12 78:15,20,22 79:1,2,3,9,19,21 85:12 87:1 93:2 95:14,17,24 96:5 | 97:19 101:6 105:21 106:5,6 107:12,13 110:1,15 114:2,5,23 118:22 122:10 125:15 128:11,22 130:8 137:23 138:1 couple 13:5 35:14 43:8 49:24 57:3 66:6 85:6 111:22 course 10:3,9 46:15 80:17 102:7 107:2 courthouse 13:17 16:8 18:20 21:24 22:4,7 29:7,14 30:4,5,6,7,21 32:24 33:9 34:1,20 35:5,19,22,23 36:13 38:21 43:3,24 47:25 50:8,20 55:21,25 56:1,2,6,8,14 57:16 59:5,5,11 75:11 76:16 courtroom 11:5,11,19 11:24 12:5,8 20:6,7 51:5 57:10 119:24 courts 59:8 133:1 Court's 13:9 cover 35:14 covered 6:7 creates 131:15,19 credited 131:6 crime 72:20 75:14 76:1 76:8,10 77:3,8 crimes 77:12,16 criminal 37:19 61:24 68:10 71:10 126:18 127:2 128:23 133:22 cross 113:18 crossed 62:15 cross-examination 3:5 3:6,12,16,20,22 4:1,2 4:4 10:9 36:9 38:12 47:13 57:21 64:13,14 68:22 78:3,5 85:9 94:3 113:21 123:14 cross-examine 35:8,10 38:11 57:20 68:18 94:2 CSR 1:23 current 120:13 currently 51:19 86:25 125:4 custody 105:11,16 _____ D _____ D 5:6 7:2 | damage 29:21 Darrell 113:2,4 date 14:8 84:9 126:4,7 dates 34:13 day 19:23,25 20:9,17 23:14,19 31:22 41:24 45:13 46:8 50:9 57:15 62:9 78:8 83:8 83:24,25 84:1,4,5,6,9 84:11,12 85:11,14,16 85:23 91:15,17 107:13 110:12 111:24 112:2,3,25 days 66:6 74:9 85:22 126:24 127:3 129:18 129:19 dead 29:4 deal 36:11 92:23 decided 99:18 134:18 deciding 134:19,20 decision 84:14 134:18 declaration 13:4,8 decree 93:3,5,10,18,23 defeated 17:20 defendant 7:2,11 11:13 20:12 86:22 96:15 114:13 115:15 125:14 134:6 defendants 1:5,9 7:12 8:9 10:10 11:8 59:23 68:19 126:21 127:6 128:2 135:7 defense 96:15 102:6 130:25 degree 92:25 93:7,13 demanding 135:24 Demetrius 37:1,1 Democratic 5:3 17:11 17:14 34:8,16 35:3 42:22,25 43:4,11,16 43:20 86:25 91:14 94:17,24,25 95:2,6 95:15 96:23 97:10,22 98:7,18 100:5,24 101:10 107:19 108:1 109:25 110:5 114:21 116:2,3 120:19,24 121:2,5 127:25 128:8 131:25 132:8 135:11 136:8 137:14 deny 104:2,3 109:15 110:24,25 115:22 depart 55:10 department 7:7 12:21 13:15,22 14:1,6,10 |

18:15 19:1,6 21:1,12
22:17,19,21 33:15,23
34:3 40:12,21 41:8
41:19,24 42:3,6
43:11 45:4,7 46:18
47:7,16 66:23 80:18
90:10 92:5,8,9 110:9
117:21 129:5,12
130:8
Department's 92:17
depending 11:21 60:16
deponent 9:20 99:5,16
99:21,23 101:19,24
113:15
deponents 130:22,24
deposed 96:21 97:6
deposition 9:14,16,18
61:4 97:1,3,8,13,15
97:25 98:4,10,13,15
98:21 99:15,25 100:8
100:13,19 101:3,5,13
101:19 102:1 113:10
131:10 132:5
depositions 9:15 96:17
96:18 99:4 100:15
101:16,22 130:20,22
131:3
deputy 12:20 13:13,16
14:5 16:4,12 17:7
18:2,7 19:18 20:25
21:12,16 22:1 24:10
24:12,21,21 27:2,3,4
29:21 30:11,25 31:20
43:25 47:9,17,19,22
48:1,2,3 50:10 51:24
61:23 62:25 63:4,4,7
63:15 65:25 68:8
69:7,10,15,17,21
70:11,12,23 71:3
73:1 76:4 77:11
85:25 98:4,12 100:2
108:23 114:9,11
125:15 126:20,24
128:11
deputy's 32:20
describe 16:21
described 29:20 91:9
designed 132:25 138:8
138:11
desire 34:4
details 57:17 115:22
deter 132:25
develop 79:10
different 40:20 127:17
134:14

direct 3:3,4,10,11,15
3:19,25 10:4,6 12:13
35:7,12 51:9 56:24
61:10 69:3 86:18
127:24 136:1
directing 24:2
direction 53:13 72:4
directly 53:16 54:3
Dirk 37:22 38:3,8
48:22,24 58:4
disagrees 135:22
disclosures 9:11 59:24
60:25 102:22 137:20
138:22
discourage 138:14
discovered 88:23 125:6
discovery 104:6
discrimination 114:18
discuss 10:1 89:12
119:23
discussed 87:14 88:6,7
88:7 106:9 119:25
132:21
discussing 88:12
discussion 120:13
122:6
dismiss 119:11
dismissed 118:4
dismissing 118:6,8,11
Disorderly 35:17
disparaging 65:5
dispatch 13:16 47:17
dispatcher 47:24 70:23
70:25 71:2
disposed 129:15
dispute 9:13 10:23 45:3
45:6,6 50:9
distance 53:22 54:15
54:17
district 1:1,1,18 14:21
39:9 88:7,22 89:5
111:2 132:20 135:1
districts 58:15 116:16
dividing 59:7
Division 1:2 9:5
Dixon 15:11,16 16:24
16:25 17:7,22 37:22
37:22,23 38:2,3,5,7,8
48:10,16,20,22,24
49:3,6,6 58:4,15,25
63:16,17,18,18 65:11
65:11,16,19 118:15
118:16,22 123:8
Dixon's 38:3,5
docket 60:23

document 60:9 131:17
documents 10:23
102:14 103:13,23
104:6 131:2,13,16
doing 21:21 52:2 57:1
61:12 85:13 93:9
103:8 115:5,14,24
116:7 119:8
DOJ 113:3 133:19
135:19
Dollar 30:1,2
domain 136:23
door 25:16 27:5 30:9
30:12 76:22
doubt 89:3 119:16
136:20
Douglas 12:1 70:10
downtown 21:4
draw 89:3 133:20
drinking 130:2
drive 24:17,20 25:2,13
27:17,17 55:15,17
71:25 72:1,3 73:4
driver 24:22
driving 29:18,19 35:17
52:21,24 54:5 56:7
71:13,15,16,17,19
72:17,17,18 75:1
drop 62:16 63:5,14,22
67:19,20,22 68:2,3
dropping 67:24 68:4
drove 74:24 137:6
drugs 136:22
due 134:20
DUI 36:18,21
duly 12:12 51:8 61:9
69:2 86:17
duties 13:14
duty 135:8,14

_____
E
_____
E 1:24
earlier 48:11 87:13
early 90:22 127:4
129:3
Earnest 107:3
East 95:21 134:3
Eastern 1:2 132:20
effect 123:23 126:6
Eichelberger 107:4,15
108:9 109:24 120:14
120:18,24 121:8,19
121:25 124:11
Eichelberger's 121:21
eight 101:16 130:20

either 11:15 47:24 58:6
65:3 70:7 74:9 79:3
80:17 87:20 92:22
93:14 127:6 131:14
elaboration 18:21
elected 7:6 14:20 15:23
15:25 18:22 78:19,22
78:23 79:1 110:6
election 5:4 15:1,3,17
16:5,10 17:11,14,15
17:20,23 18:3,9
19:20 20:21 21:20
23:8,9,14 37:5,7 39:4
41:3,7 42:4,7,9,12
43:4 90:18 96:11
101:6 106:7 107:9,13
107:15,18,24 108:9
108:10,13 109:8,10
110:1,21 112:21,22
112:24 116:16,18
120:14,20,22,25
121:3,6,11,15,20
122:2,3,6,12 124:5,6
124:8,12 129:3
elections 20:4 79:4
92:5 97:19 110:22
111:2,3,23 112:16
122:9 123:2,9 134:25
135:1
Ellis 99:13
else's 93:21
eminent 136:23
employ 126:22,25
employed 13:18 21:18
127:4
employee 47:20
employees 113:3
employment 13:25
14:5,10 18:2 19:5,9
21:11,15 33:15 40:22
encompass 6:4
encounter 45:21
encountered 46:19
endeavors 38:6
ended 55:21,25
enforced 132:6
enforcement 13:19,21
31:7,14 128:11,12
engaged 50:9
enjoin 132:24 134:6
enjoined 127:2 135:2
ensure 128:6
entered 109:20,22,23
enters 72:2
equipment 45:4,22

46:21 50:24 78:11,12
78:13
erratically 54:5 55:15
56:7
error 13:10
essentially 5:11 132:6
134:19
establishing 133:7
estimate 10:4
ET 1:5,9
evening 104:4
event 87:13
events 57:17 61:19
128:20 129:14,17
everybody 118:5,24,25
119:1 137:22,25
138:8
evidence 9:15,24 10:1
46:19 61:4 68:10,15
127:18,18 128:5,14
128:18 129:8,16,18
130:16 132:3,17
133:14,15,16 134:1
134:11 135:21,25
136:1,2,16,18,21
137:17 138:12,15
exact 74:8
exactly 14:7 43:17,21
55:6 66:20 123:22
Examination 3:3,4,7,8
3:10,11,13,15,19,21
3:25 4:3 12:13 35:12
48:8 49:25 51:9
56:24 58:9 61:10
69:3 80:4 86:18
120:11
examining 77:19
example 133:2 134:24
exception 61:3 101:17
excuse 8:1 34:21 113:6
excused 59:20 68:6
executive 5:3 6:21 7:21
34:9,16 35:3 42:23
42:25 43:5,11,17,20
87:1 95:15 96:23
97:10,22 98:8,18
100:6,24 101:11
104:17 109:25
110:15 120:24 121:2
121:5 127:25 128:8
131:25 132:14
135:12 136:8 137:14
exercise 79:19
exhibit 3:17,23 68:16
86:12,15

| | | | | |
|---|---|---|---|---|
| **Exhibits** 68:15 | **felony** 31:6,13 46:12,24 | **forfeiture** 134:5,8 | **gentleman** 70:1 | **govern** 124:4 |
| **existing** 121:14 | 119:14 | 136:13,22 | **George** 100:19 123:2 | **governing** 123:3 |
| **experience** 37:4 | **felt** 16:22 18:22 131:23 | **forgery** 131:7 | **Gerald** 37:22 | **government** 5:18,20 |
| **explain** 36:4 37:9 62:1 | **female** 15:22 16:23 | **forget** 137:11,11,12,16 | **getting** 21:19 28:21 | 6:16 8:16,25 31:7,14 |
| **explanation** 122:21 | **Females** 114:8 | 137:16 | 30:7 31:6,13 47:24 | 35:15 44:15 90:24 |
| **explication** 113:11 | **fiancee** 32:15 | **former** 98:7 130:18 | 85:19 99:3 | 91:3 92:2 129:25 |
| **express** 65:12 | **Fifth** 134:4 135:15 | **Forty-one** 51:16 | **give** 18:21 25:23 32:25 | 134:5 |
| **extent** 7:14 | **file** 8:3 58:5 120:18 | **forward** 5:19 133:23 | 49:20 74:14 75:23 | **governmental** 45:18,19 |
| **eyesight** 56:17 | 131:17 | **forwarded** 102:14 | 90:16,20 106:24 | **government's** 93:23 |
| **eyewitness** 130:9 | **filed** 8:14,23 9:18 13:5 | 103:13 | 125:1 131:11,12 | 138:20 |
| | 60:22,25 63:5 64:6 | **found** 36:21 59:25 | 134:8 | **grabbed** 30:14 |
| **F** | 91:16 107:15 108:9 | 80:19 106:16,16 | **given** 128:18 131:9 | **graduated** 94:11 |
| **facetious** 123:25 124:2 | 110:5 114:14 125:11 | 117:25 119:14 | **giving** 82:12 89:20 | **grant** 132:17 |
| **fact** 8:4,21 60:23 77:2,7 | 125:12 | 131:16,17 | **glasses** 56:19 | **granted** 93:13,23 136:9 |
| 88:6 104:10 109:15 | **filing** 60:24,25 | **foundation** 47:2 79:7 | **go** 5:19 12:7 22:1 24:25 | **Grasseree** 5:6 16:4,12 |
| 109:24 113:5 114:6 | **finally** 126:22 127:5 | 79:10 | 25:18,20,22,24 26:1 | 16:17,21 18:7 19:18 |
| 115:4 125:21 129:4 | **finance** 51:20 57:4,6,7 | **four** 24:9,18 32:13 55:5 | 26:2 27:14,24 29:6 | 20:10,25 22:1,8,10 |
| 131:6 133:18,21 | 57:23 | 86:14 89:14,17 | 29:10 30:6,14,15,16 | 22:10,21 23:21 24:10 |
| 135:19 138:9 | **financial** 19:8 | 108:24 | 30:18,19,20 31:17 | 24:12,21 25:25 26:21 |
| **factor** 128:24 129:12 | **find** 53:6 91:12 106:14 | **four-lane** 24:8 | 32:16 35:11 37:4 | 27:2 30:11,20,25 |
| 132:9 | 119:12 131:4 | **four-way** 52:14 54:14 | 40:20 50:16 57:24 | 31:19,20 34:8,17,18 |
| **facts** 45:1 133:11 | **finding** 109:16,23 | **four-year** 95:7,7 | 63:12,19,21 66:4,7 | 35:1 42:22 43:7,8,15 |
| **factual** 5:11 | 133:16 | **fraud** 104:20 | 71:5 73:11,14,16,17 | 43:20 44:7,24 45:15 |
| **failed** 86:13 | **fine** 56:21 57:2 64:5 | **Freida** 99:25 | 73:18,19,20 74:11,17 | 50:10 51:24 52:3 |
| **failure** 35:17 | **fires** 123:7,8 | **frequently** 57:24 | 76:24 81:10 85:3 | 61:23 62:25 63:5,7 |
| **fair** 35:25 102:20 | **firm** 99:11 102:13,14 | **Freshour** 55:22 | 87:13 102:12 104:9 | 63:15 69:18,19,20,23 |
| **faithful** 105:19 | 103:24 131:14 | **friend** 65:17,17 106:8 | 108:8 109:12 110:2 | 70:13 72:17,18 73:11 |
| **falsify** 37:6 | **first** 6:6 11:1 12:12 | **friendly** 64:18,20,20,22 | 115:21 117:16 | 74:3 77:11 84:13,15 |
| **familiar** 16:12 58:14 | 17:11,14,15,22 18:8 | 87:8 | 118:23 119:1 133:23 | 84:17 91:21,22 98:4 |
| 61:16,19,22 | 20:9,17 24:12 28:6 | **friends** 41:2 65:13,14 | 137:2 | 98:5,7,12 108:23 |
| **family** 64:22 87:7,9 | 50:13 51:8 52:3,9 | **friendship** 122:25 | **goddam** 26:13,17 | 114:9,11,13 115:13 |
| **far** 20:7 29:13,15,15 | 61:9 69:2 73:24 | **frivolous** 128:22 | **goes** 60:17 72:4 130:22 | 115:14 117:16 |
| 53:19,22 54:3 55:12 | 75:15 86:17 91:19 | **front** 20:11 21:6 22:2 | **going** 6:25 7:15 10:13 | 124:25 125:15 |
| 93:10 96:19 106:23 | 96:14 110:4 114:25 | 22:14 23:12,22 26:6 | 18:1 21:4,15 24:22 | 126:17,24 127:25 |
| 108:2 109:12 110:2 | 118:18 119:13 120:2 | 26:15 30:12 32:18 | 25:3,4,7,22,23 26:4 | 128:17 129:2,8,19,20 |
| 115:16 117:11 | 121:18 | 52:15,16,20 53:2 | 28:23,25 30:13 31:6 | 131:24 132:5,10 |
| **father** 32:5,6 89:16 | **first-hand** 36:15 | 63:19 | 31:12 32:13,19,23 | 135:7,11 137:1,4,9 |
| **father's** 39:18,24 | **five** 9:25 10:7,14 53:20 | **full** 12:15 51:13 61:14 | 33:24 35:19,22 37:18 | **Grasseree's** 17:8 29:21 |
| **favor** 62:3,5,10,14,15 | 68:14 103:10 | 138:25 | 37:19 45:3 50:7 | 32:9 132:12 |
| 62:16 63:9,13,24 | **fixing** 30:8 | **full-time** 47:19,21 | 55:24,24 60:13 62:7 | **great** 129:17 134:8 |
| 65:14,15 66:8 67:21 | **flagged** 22:2 | **further** 4:4 35:7 38:10 | 62:8,11,20 63:20 | **greatly** 126:16 |
| 109:23 128:25 | **flashing** 25:10 | 49:23 56:23 59:18,20 | 64:2,9 65:24 67:18 | **gross** 26:5 36:7 |
| 129:13 132:7 | **flavor** 115:3 | 64:12 80:24 98:1 | 67:20,24 68:2,3 | **grown** 25:21 |
| **favorable** 90:20 | **flawed** 109:11,17 | 113:16 122:19 | 73:16,16,20,20,21 | **guard** 34:7 |
| **fear** 64:5 132:12 | 120:15 | 123:14 124:15,18,19 | 74:11,17 76:2 77:5,5 | **guess** 83:2 94:22 95:12 |
| **federal** 60:3 95:11 | **flu** 10:12 | **future** 32:15 88:6 89:2 | 77:22 82:2,15 83:3,5 | **guilty** 36:21 |
| 104:25 105:8,11,16 | **fold** 27:10 | 89:10,13 | 108:2,18 111:20 | **gun** 45:8 46:18 50:3,4 |
| 122:5,9,13,16 133:1 | **folks** 114:24 115:2 | | 114:23 115:7,9 | 50:10,13,18,22 67:8 |
| **FedEx** 60:4 | 116:1 123:4 | **G** | 117:11 119:15,21 | 78:13 80:6,13 81:14 |
| **feel** 93:14 | **follow** 22:8 75:3,5 | **GALLASPY** 1:22 | 125:5 126:12,23 | 81:23,25 82:7,8,13 |
| **feelings** 93:14 | **followed** 55:21 75:4 | **gas** 22:12,13 | 137:3,5,12 | 82:21 83:15,18 85:3 |
| **feels** 9:19 | **follows** 12:12 51:8 61:9 | **general** 20:21 23:9,14 | **good** 22:17,23 51:11,12 | **guy** 37:13 |
| **feet** 53:21,24 | 69:2 86:17 | 112:21,22,23,24 | 57:1 61:11,13 75:6 | **G-R-A-S-S-E-R-E-E** |
| **fellow** 73:4 | **fool** 22:16,17,22,23 | 116:1 129:3 | 94:5,6 111:8 129:6 | 69:20 |
| **felon** 131:7 | **force** 53:9 | **generally** 108:3 | 133:2 | |

| H | | | | |
|---|---|---|---|---|
| habits 130:2 | 138:16 | house 37:12 38:22 39:1 | informed 47:7 | 32:5,12 45:13 50:4 |
| Hadaway 3:9 9:8 10:7 | helped 104:14 | 39:23,24,25 40:1 | inherent 132:23 133:2 | 50:15 66:5 77:1 |
| 12:6 51:5,7,11,14 | helping 64:24 | 50:17 66:22 87:23 | initial 9:11 59:23 60:25 | jailhouse 30:24 |
| half 22:6 58:18 | hesitancy 112:13 | 89:23 105:7 | 102:22 | James 37:13,17 38:8 |
| halfway 105:7 | he'll 63:14 90:16 | Houston 96:9,10 | initially 76:16 | 39:12 40:7 49:14 |
| hall 20:3,7,10 111:23 | 111:13 | hush 76:24 | injunction 5:9,10 | JIM 2:3 |
| 112:10,13,25 | Higginbotham 132:19 | Huxley 15:20,21,23,25 | 134:23 138:10,14,21 | Joanne 9:10 |
| hand 21:5 24:16 | 132:19,23 | 16:23 | injunctive 126:23 | job 31:7,14,14 40:21 |
| Handcuffs 78:14 | Higginbotham's | | 132:24 138:19 | 49:21 64:24 90:1,13 |
| handles 7:6 58:15,16 | 133:25 134:18 | I | inmate 22:13 | 111:9 118:5,5,13 |
| 58:18 | high 52:21 53:25 55:10 | idea 53:10 59:17 82:16 | inquiring 115:8 | 121:8,14,25 138:17 |
| hang 50:23 | higher 56:4 | identified 138:22 | inside 23:23 130:7 | John 3:18 27:3,4,10 |
| happened 29:2 38:18 | highly 108:23 128:10 | Ike 1:5 2:5 3:24 5:2 | insulted 137:4 | 31:20 68:8 69:1,6 |
| 46:14 54:24 61:20 | 129:16 | 7:21 8:20 20:12 | insurance 7:5,6,8,8 | 101:5 |
| 72:14 74:6 85:4,5,18 | highway 24:4 70:21,24 | 23:16 36:3,19 37:5 | intending 106:23 | Johnny 3:14 11:25 |
| 85:20,20 133:1 137:1 | 71:4,14,20,24 72:1 | 37:10 38:2 40:14,16 | interest 135:11 | 61:6,8,15 |
| happens 79:20 | 121:15,22,25 | 43:8 44:3,6,16 64:16 | interests 134:21 | joking 123:25 124:6,10 |
| harass 92:13 128:2 | Hines 88:3 111:24 | 64:17,18,24 65:2,4,4 | interim 134:6 135:1 | JOSEPH 2:4 |
| 135:9 138:9 | hires 123:6,7 | 80:10,11 86:10,16,21 | intersect 72:1 | Jr 51:14 |
| harassed 44:21 92:14 | hit 24:23 25:8 26:15 | 129:23 137:13,24 | intersection 28:7 52:12 | Juanita 36:22 |
| 133:17 135:18,20 | 72:10,12 76:18 | illegal 109:17 | 54:12 | judge 1:18 37:18,23 |
| harassing 138:21 | hold 9:17 25:21 110:1 | immediately 46:4 | interviewed 59:25 | 38:4,5,5,8,9 48:24 |
| harassment 9:8 132:25 | 110:21. | impeachment 47:2 | intimidate 92:13 128:2 | 49:6 54:2 55:11 |
| hard 40:5 54:2 55:11 | holster 50:4,11,14,18 | important 129:23 | 135:9 138:9 | 58:16 59:13,15 62:19 |
| 55:23 88:24 89:1,8 | 50:22 80:7,14 81:14 | 132:1,9 137:20 | intimidated 92:14 | 63:13,16,17,17,18,18 |
| 94:22 | 81:24,25 82:7,8,13 | impossible 92:22 | 133:17 135:18 | 64:1 65:11,11,13,16 |
| harder 124:1 | 82:21 83:15,18 85:4 | 116:10,13,17 | 137:19 | 65:19 73:22,23 74:5 |
| harm 136:6 | home 39:17 | inaccuracies 93:19 | intimidation 9:8 | 78:15,16,17 79:1,19 |
| head 72:3 | Honor 5:15,17,24 6:3 | incarcerated 106:2 | 130:13 132:25 | 104:22,23 108:12,16 |
| headed 52:6 53:12,12 | 6:10,13,20 7:1,18,24 | incident 9:9 51:24 | introduced 68:11 | 109:4,7,8,10,15,20 |
| 54:19 55:20 | 8:3 9:1 11:3,9,17 | 58:20 59:4,10 129:1 | invoke 11:4 | 109:23 110:14 |
| headlights 25:10 | 12:1,9 13:4 26:4,9 | 129:6,20 | involve 26:5 | 114:17 118:3,9,11,14 |
| headline 138:13 | 34:21 35:7,9 36:7 | Incidentally 8:1 | involved 16:5 96:11 | 118:15,16,19,21,22 |
| hear 5:11 10:2 58:6 | 46:13,17,25 47:5 | incidents 137:8 | 107:11 115:18 | 118:22,23 119:5,7,8 |
| 65:4 66:19 73:24 | 48:4,5,13 49:24 51:1 | inclination 20:25 | 130:25 | 126:3 132:19,23 |
| 74:2,4 78:25 79:2,3 | 51:4 56:23 57:19 | inclined 10:2 | involves 132:2 134:5 | 133:25 134:18 |
| 108:12 127:5 | 58:11,22 59:18 60:13 | including 46:6 96:18 | involving 114:7 136:23 | judges 58:1,12 79:9,15 |
| heard 9:24 41:1,1 | 60:19 61:6 68:8,9,17 | 130:8 133:15 | 137:13 | 79:16,21 119:13 |
| 50:13 66:2,2,17,17 | 77:20 78:2 79:7 80:2 | inclusive 68:15 | irrelevant 46:14,25 | judicial 60:23 |
| 66:21,24,25 109:8 | 84:3,24 85:6 86:12 | income 117:9 | 108:18 | July 9:9 14:2 24:3,13 |
| 116:22 117:19,22 | 91:1 100:12 108:2,17 | incumbent 15:8,14 | irreparable 136:6 | 33:13 34:4 50:7,10 |
| 122:6 127:11 133:19 | 113:6,17 115:11 | indicate 5:9 106:25 | issue 8:14,16 46:18 | 51:23 60:5,6,7 61:1 |
| hearing 5:12 7:4,12 | 117:11 120:7,9 | 128:5 133:25 | 50:3 108:3 127:23 | 61:20 84:8 90:4,22 |
| 68:21 107:19 125:3 | 122:19 124:19,22,24 | indicated 5:20 131:13 | 132:24 137:2 | 103:14,15 128:13,16 |
| 125:16 126:6 127:4 | 126:8 127:10,14 | indicates 103:13 | issued 79:15 109:15 | 128:20 129:1,7,11 |
| 138:12,18 139:1 | 131:15,24 133:5 | 130:16 | issues 45:18 | jumped 30:12 31:10 |
| hearings 5:23 | 136:10,12,25 138:15 | individuals 114:4 | | 130:5 |
| heavily 129:13 | HONORABLE 1:18 | inference 133:20 | J | June 14:11 20:22 23:9 |
| heavy 136:19 | hood 26:15 | influence 36:12 | Jackie 12:2 | 60:4 91:19 129:3 |
| held 17:12,15 19:20 | hope 10:14 | inform 57:13 | Jackson 1:19,24 94:11 | jurisdiction 59:1 79:8 |
| 20:22 93:20 112:16 | born 72:10,12 | information 7:5 57:13 | 94:15 105:7 108:12 | 133:4 |
| 135:1 | hornbook 136:14 | 71:1 91:4,10,13 92:1 | 109:4 123:9 130:19 | jury 35:25 36:3,5,12,18 |
| help 88:18 90:14 | hospital 75:10 | 93:20 94:9 104:12 | jail 21:7,8 22:3,4,9,11 | 36:19 |
| 107:14 111:10 123:4 | hostility 65:12 | 128:3 131:23 135:10 | 22:14 30:18,19 31:2 | justice 21:1 22:17,19 |
| | hour 86:5 | 138:23 | 31:11,15,16,25 32:1 | 22:21 38:9 41:8,19 |

| | | | | |
|---|---|---|---|---|
| 41:24 42:3,6 57:24 | laws 71:18 | litigated 128:8 | mailed 9:12 60:3,6 | meritless 133:22,23 |
| 58:1,5,12,16 59:8 | lawsuit 62:23,24 63:2,5 | little 25:19 28:21 31:10 | main 6:13 | merits 108:18 115:8,9 |
| 78:17 79:9,16,19 | 64:6,9 115:8,9 | 36:4 45:20 56:4,11 | majority 17:22 | 117:12 132:1,3 133:5 |
| 92:5,8,9,17 110:9 | 116:21 132:2 | 90:4 112:18 | man 16:24,25 17:3,7 | 134:23 |
| 127:2 129:5,12 | lawyer 6:24 99:7,8,15 | live 6:8 12:17 14:25 | 22:16 25:21 31:16 | met 20:17 24:14 41:22 |
| | 99:18,20 101:21 | 39:15 116:16 | 62:19,20 63:22 67:21 | 41:24 50:3 133:10 |
| **K** | 109:12,19 121:2 | lived 39:19 89:16,17 | 84:13 88:24 | Mickens 5:3 98:16,18 |
| Kate 97:15 | lawyers 99:1,5 113:11 | living 40:2 | manager 51:20 57:3 | 98:21 100:2 123:7 |
| keep 50:18 | 126:9 130:23,23 | Local 132:21 | manner 128:12 | miles 22:6 24:18 |
| keeping 116:7 | 131:2,14,18 | located 21:23 22:4 | mark 86:12,13 | mine 65:18 |
| keeps 84:4 | laying 50:17 | lock 76:18 | marked 68:16 86:15 | minute 30:10 73:21 |
| Kendrick 1:7 2:3 3:2 | leading 121:17 | locked 66:4,8,9,13 | Marshal 12:3 | 126:10 |
| 5:5 9:7 12:10,11,16 | League 95:22,25 | 76:16 | matter 8:13,22 9:3,12 | minutes 9:25 10:7,8,8 |
| 35:14,16,20,24 50:2 | learn 130:14 | locking 76:19 | 11:15 58:5 68:21 | 10:14 77:18,23 86:4 |
| 50:18 51:25 52:5,16 | leave 11:5,23 26:18 | long 10:3,4 31:25 46:2 | 113:5 114:7 123:5 | 86:5 126:13 |
| 53:9,10 57:16 61:17 | 62:4,7,8,11,13,20 | 69:10 87:7 94:20,24 | 125:2,22 129:15 | mirror 24:18 27:9 |
| 70:13 90:12 131:22 | 63:22 | 95:1,4,19 134:18 | 135:1 | mischaracterization |
| kept 55:24 | leaves 46:21 | look 22:16 24:24 25:16 | matters 5:23 127:17 | 91:2 |
| kidding 124:7 | leaving 27:17 | 62:6 63:21 77:17 | mayor 88:3 97:5,13 | mischaracterizes |
| kill 26:17 28:25 | Lee 1:18 73:22,23 74:5 | 88:25 89:14 104:7 | 111:24 116:23 | 111:11 |
| killing 30:17 | 104:23 118:21 | 137:20 | 123:16 | misdemeanor 119:14 |
| kind 7:19 29:18 31:13 | leeway 108:24 | looked 24:18 27:8 55:4 | mayoral 88:12 123:20 | misdemeanoror 119:14 |
| 46:20 54:2 55:23 | Lee's 114:17 | 55:11 56:9,11 57:15 | mayor's 88:13 | Mississippi 1:1,19,23 |
| 71:7 115:3,21 123:2 | left 27:25 28:5,5,12,14 | 76:14 104:8 | mean 28:5 30:10 32:18 | 1:24 12:18 39:16 |
| 128:15 | 28:16,16 29:2,10 | looking 90:7 102:4 | 34:23 62:12 63:9 | 51:17 92:20 94:14,17 |
| knew 58:18 84:19,19 | 40:12 46:3,4,8 52:19 | 118:2 | 64:8 65:13,13,17 | 95:2,5,22 96:9 |
| 84:20,22 91:3 110:8 | 55:22 75:18 99:3 | looks 134:21 | 66:12,12,17,17,18 | 102:13 109:11 |
| 111:16 119:8 120:2 | legal 10:1 109:19 | loop 28:20 | 68:21 76:12 92:23 | 121:12 130:19 132:6 |
| 121:12 123:25 130:9 | 128:14 135:8,8,14 | looses 124:3 | 107:23 117:21 | mistake 13:7 |
| knowing 87:6,6 131:18 | legally 109:10,16 | lose 89:3 118:5,13 | 120:16 123:6 125:19 | mistakenly 125:4 |
| knowledge 15:25 36:15 | lenient 63:14 64:1,2 | 123:5 | 125:20 | mistakes 13:5 |
| 56:13 60:1 71:11 | Leon 132:19 | losing 123:1 | meant 67:19 124:8 | Mitchell 113:2,4 |
| 85:23 108:11 128:24 | letter 18:18 106:4,11 | lost 39:3 40:21 88:9 | Mechan 36:25 | mom 38:7 |
| 137:24 | 106:14,15,18,25 | 137:17 | meet 22:3 | moment 36:6 65:8 |
| known 87:5 125:22 | let's 32:16 87:13 | lot 56:3,8 89:6 100:12 | meeting 18:6 19:11 | 113:6 120:7 126:8 |
| 133:18 | leveled 44:8 | 116:24 119:15 | 33:24 42:23 43:6 | Monday 125:21 |
| knows 115:16 138:8 | life 39:19 | 122:25 132:2 138:5 | 50:2 | money 117:3,10 |
| | light 133:21 | love 123:1 | meetings 43:12 116:4 | Monsanto 134:17,19 |
| **L** | lights 21:5 24:15,19 | loved 123:3 | Melrose 134:3,9,13,16 | 135:16 |
| labeling 13:8 | 25:10,11,12 28:22 | loyal 105:19 | 135:15,23 | months 18:17 45:24 |
| lady 16:18 17:1 36:20 | 35:18 53:3,5,6 72:9 | | member 34:8 35:2,2 | 103:11 |
| 37:3 99:13 | 72:12 75:8,12,14,15 | **M** | 95:4,5 96:23 97:10 | moot 92:22 |
| lane 24:9,15 27:11 | 75:20,24,25,25 77:3 | Macon 12:18 13:6,8 | 97:22,24,25 98:7,8 | moral 134:1 |
| language 26:7 | 77:6,8 | 14:13,18 16:1 17:12 | 98:18 100:5,19,24 | morning 5:1 7:13 24:2 |
| large 134:21 | limited 7:4,12,14 47:8 | 18:3 20:5,22 25:3,4 | 101:10 131:25 | 24:13 34:19 43:14 |
| Lashan 12:16 | 68:23 | 27:12,22 37:3 39:16 | members 101:17 | 51:11,12 57:1 61:12 |
| Lashanda 33:20 | line 59:7 | 51:17,21 53:19 72:4 | 127:24 128:7 129:12 | 61:13 116:22 119:24 |
| late 132:19 | list 8:15,17,20,21 11:23 | 90:14 97:5 104:5 | 130:21,21 | motherfucker 26:12,16 |
| law 13:18,21 31:7,14 | 59:24 60:21 90:24,25 | 111:9,10,14,18,23 | memory 104:3 | 26:18 31:5,12,15 |
| 73:4 76:7,12 92:20 | 91:2,2,9,18 94:8 | 123:17,21 132:12 | mention 8:1 50:4 62:23 | motherfucking 31:16 |
| 92:23 94:14,15 | 104:11,16 106:18 | Madame 17:2 | 63:4 | mother-in-law 32:15 |
| 102:13 103:24 | 129:19 130:6,7 131:3 | Madison 107:12 | mentioned 48:10 62:23 | motion 1:14 5:9 9:18 |
| 109:11 119:3 121:12 | 131:16,18,23 138:1,6 | Magnolia 24:17,20 | 89:4,14 | 13:5 108:21 127:11 |
| 128:10,12 130:19,19 | listed 91:12 137:23 | 25:2,4,13 27:11,17 | merely 130:3 | 127:15 129:13 |
| 131:14 132:6 136:14 | listing 106:5,6 | 27:17 71:25 72:1,3 | Merit 1:22 | 138:20,25 |

motions 126:23 127:5
mouth 81:16
move 89:16,22 99:5,7
  99:18 130:23
moved 99:16,20
Murray 2:4 3:4,8,11,15
  35:9,13 36:14 38:10
  49:24 50:1 51:1
  56:25 57:19 60:13,16
  61:6,11 64:12 124:22
  125:12,18
mystery 136:25
m-a-n 17:3

**N**

NAACP 95:18
nailed 89:21
name 7:1 9:2 12:15
  15:10 17:16 36:25
  37:11,21 51:13 57:6
  61:14,16 69:5 86:20
  108:15 130:5 131:17
named 7:2 96:14 115:1
names 58:3 104:15,16
  131:11,12
nature 116:1 130:10
Navigator 29:19
necessary 9:19 60:6
  128:6
need 7:23 9:11 18:10
  21:7 24:25 25:20
  33:15,17 62:14 63:23
  67:22 74:19 77:18
  81:19 82:9 89:16
  90:10 110:12 128:25
needed 73:11,14 74:11
  78:7 80:18,23 81:7
  81:19,20 82:2,11
  125:16 133:3
needs 26:17 118:5
never 19:2,4 26:5 50:12
  50:21 62:25 70:19
  75:22 76:7,9,11,12
  76:14 81:8,14,21
  83:1 84:17 85:2,4,5
  93:21 109:13 121:19
  124:11,13 137:13
new 39:25 40:22
  120:22 121:3,6,8,11
  121:15 122:2
newspaper 91:16
  102:16,17,21 103:17
  103:20 104:6 120:4,5
  130:16
nickname 17:3

niece 22:19
night 5:18,21 39:21
nine 9:15 96:18 101:15
  104:20 131:7
normal 55:11 133:14
normally 43:25
north 21:4 28:8,8,10,13
  28:17,21 29:10 52:5
  53:18 59:2,5,6,10,12
  79:21 129:24
northbound 24:15
northern 58:15,21
  78:19,22 79:2
note 68:20
noted 13:10
notes 102:2
noteworthy 131:24
notice 56:7 60:23,24,25
notified 125:14
NOVEMBER 1:19
Noxubee 1:9 5:2,3,4,6
  6:21 7:4,8 12:20 13:6
  13:7,8 14:6 17:25
  19:1,15 21:23 24:6,7
  29:13 31:1 33:10
  34:9 35:23 42:4,7
  47:15 57:7 58:14,16
  69:7,12 78:15 79:9
  87:1 95:14,17,24
  96:5 97:19 101:6
  105:20 106:5,6
  107:13 110:1,15
  114:2,5,23 118:22
  122:10 125:15
  128:11,22 130:8
  137:23
number 5:4,5 6:14 49:7
  88:21 102:24 106:18
  109:17 113:10
  114:24 115:2 130:6
  130:17
numbers 68:12
numerous 92:21

**O**

oath 107:6 128:16
object 36:7 58:22 115:7
objection 46:16,22
  48:17 79:7 91:1
  108:20 109:2 115:19
  117:13 121:17
objections 93:6
observe 34:7 71:18
  77:3
observers 42:1,3,6,10

obvious 128:22
obviously 138:24
occasion 12:19 14:12
  14:15 16:3 18:25
  19:25 20:24 24:3,10
  30:19 33:14 34:3,7
  34:14 35:1 61:23
  102:12
occasions 92:21
occur 59:5 126:1 136:6
occurred 25:15 87:19
  111:19 129:1,7,21
occurrences 133:8
occurring 36:15
October 125:12
offense 72:20
offer 6:8 7:15 14:12
  15:3 17:8
office 7:10 9:10 10:24
  14:13,16 18:10,11,13
  21:6,23 22:2 32:17
  56:14 60:3,4 65:16
  65:20 80:23 81:7,8
  100:3 102:13,17
  103:5,14 123:3,10
officer 8:19 13:17
  55:22 78:7 79:13
  85:24 95:1,3,17
  111:21 128:11,12,21
officers 26:25 30:20
  128:1
official 92:8,9
officials 7:7 18:1,22
  92:5 93:2 128:22
  130:8
Oh 11:20 39:1 41:10,23
  69:11 82:23 96:6,13
  102:23 103:10
okay 8:6,9,12,24 10:20
  13:3,18 14:9,20
  15:12,23 16:12,15
  18:21 19:5,11 20:9
  20:12 21:23 22:8,12
  23:9 25:17 27:16
  28:2,10,16 29:4 31:3
  33:12 34:14 35:11,24
  37:4,18 39:21,23
  40:3,12 41:7 43:25
  44:6 47:21 48:17
  49:10,13 60:18 61:19
  61:22 62:1,17 63:4
  64:11 65:4,7,22
  67:21 76:15 78:15
  79:20 84:23 85:8
  86:2 91:24 98:10

100:17 102:4,12
  103:7 104:14 105:15
  106:12 109:2 111:1
  112:7,7,25 114:9
  122:16
old 39:13 40:1
Oliver 18:7 19:12 89:5
once 27:17 46:3 119:13
  123:9 137:13
open 9:18
opened 76:22
operating 57:23
opinion 109:16
opponent 132:8
opportunity 125:22
  136:6
opposing 134:3
opposition 5:22
options 89:19
order 1:14 5:9 26:8
  91:17 108:22 109:13
  109:15 110:8 121:15
  125:19 127:11,16,24
  128:6,25 129:13
  132:17 135:6,6 138:8
ordered 120:19
orderly 6:5
organizations 130:18
ought 6:18 119:11
outside 23:12,13 24:1
  136:13
overlap 127:17
overrule 48:17 109:2
owe 123:21 124:1,5
owed 124:8
owns 57:8
o'clock 25:24 26:1
  32:13 34:4 86:5

**P**

paid 47:19,23,24
  110:10
paper 93:21 110:12
papers 7:22 64:4
paperwork 63:2
paralegal 9:10
park 21:20 56:10
parked 20:11 23:22
  30:12
parking 56:2,8,10,12
part 23:7 24:6 32:18
  44:4 58:15,17,25
  59:3 78:20,22,23
  79:1,2,3 104:10
  105:10

Partially 101:7,8
participate 110:6 125:3
participated 96:15
  122:2 130:20
participation 102:5
  113:10
particular 53:22 96:14
particularly 93:11
  126:16 133:19
parties 125:19
parts 130:18
party 91:14 94:18,21
  94:25 95:2,6 107:19
  116:2,3 120:19
part-time 13:16 18:19
  32:23 47:17 50:8,24
  85:25
passed 33:13 55:22,23
  102:2
passenger 24:23,24
  25:7,16 75:1
patrol 21:20 22:12
  24:11,14,19 25:11
  29:6 30:22 31:3,9
  52:5 121:15,25
patrolman 13:16,24
  24:20 121:22
Pause 10:21 65:9 113:7
  120:8
pay 117:3 122:16
Pearl 22:5
peculiar 53:6
Peggy 9:21 61:3 96:21
pending 118:23 119:6
  127:11
penitentiary 105:1,8
Pennsylvania 132:20
people 14:25 15:3,6
  21:1 22:19,22 36:13
  41:24 59:24 90:8
  91:10 93:12 94:8
  97:18 101:16 104:11
  104:16 106:22 111:7
  116:9,15 119:1 128:3
  128:23 129:4,24
  130:6,11 131:18,23
  137:17 138:2,6,6,21
peoples 43:9
people's 116:7 124:4
percent 55:4
period 12:23 13:14
  20:20 26:22 34:12
  92:6
permanent 49:18 89:15
person 9:7 15:12,21,21

18:11 91:13 99:9
106:4 130:7,17,24
135:20 137:23
personal 56:13 80:17
personally 93:24 123:1
persons 135:9
person's 15:10
persuasive 128:5
129:15
pertain 134:23
pertinent 60:1
pervasive 134:14
petition 120:18
Phillips 99:25 100:2,5
100:17
phone 90:6,7,9
physically 38:18
pick 19:3 33:25 36:12
picked 36:18,19
piece 28:21 75:6
pieces 132:16
place 16:7,9 18:12 20:4
20:10,11,17 21:15
23:19 32:11 41:5
58:20 59:10 87:21,23
87:24 128:15 137:8
places 40:20 79:18 96:5
plaintiff 5:13,13
113:20
plaintiffs 1:3,7 11:11
59:21 124:20 127:6
plan 6:8 11:20
play 104:10 134:21
played 94:23 102:5
109:1
pleadings 5:8 7:22
please 9:24 11:3 12:4
12:15 18:5 21:3 35:9
36:17 37:9 46:13
51:13 52:2 61:14
69:5 86:11 113:17
115:11
plenty 125:22
plus 22:19 38:8
point 5:17 53:12,25
54:15,19 55:20 68:17
71:23 72:19 82:22,24
107:16 115:17 128:19
pointed 92:20
points 102:1
police 13:22 14:1 19:6
79:13 90:9 114:1
political 38:6 96:4,10
politically 130:17
politics 123:1,4 132:14

138:1
poll 23:22 42:13,16
112:4,5 116:3 122:5
122:9,13,16 135:3,4
polling 20:4,10,17
23:19
polls 132:7
portion 51:23
position 6:19 13:23
14:20 40:13,17 46:21
87:15 99:8 123:20
133:6
positioned 53:15
possibility 131:15,19
possible 99:20,22
post 21:6 22:2
potential 11:12 58:12
130:15 131:3,4
power 79:5 132:24
powers 133:2
practically 88:18
practiced 26:6
practicing 132:15
precinct 112:8
precleared 110:8
preponderance 133:14
134:1,11 136:16,18
136:21
presence 85:2
present 5:14 6:6 20:10
20:15 23:17 43:7
46:19 97:5 98:18
103:9 128:12,17
presented 60:9
presently 13:18 98:8
101:17
president 18:7 19:15
95:19 125:9
presiding 37:19
press 128:22
presumably 6:8
presume 103:22
pretty 26:5 90:16 108:2
136:25
previous 110:5
previously 15:23 45:18
106:9 138:18
primary 17:11,14
88:19 129:3 132:2,9
prior 29:10
prison 106:1
probable 128:14
134:10 135:17,17,22
135:25 136:14,15,15
136:19,24

probably 10:24 22:6
41:6,6 53:16,20,21
55:5 69:11,11 87:20
89:1
problem 46:20 64:23
67:6 73:6 88:17
89:24 111:20 114:9
114:11 115:25
problems 45:21 56:16
56:16 73:3 90:15
111:9,16,17,18 114:2
114:5,8
Procedure 60:3
proceed 5:12 6:2 8:24
11:1 12:8 30:4 55:9
86:7
proceeded 27:11
proceeding 31:11 53:7
128:19
proceedings 5:10,10
process 125:13,17
133:4 134:20 138:15
profanities 31:18
profanity 26:5,20
profession 51:19
proof 6:6,17,18 7:18,23
11:22 133:7,10,11,12
134:20,21
proper 48:14
properly 128:8
property 66:10,13,24
67:3,6,17 89:18
134:7,7 136:22,23
proposal 6:16
propose 5:12 6:2
prosecute 129:25
prosecuted 138:11
prosecution 125:25
126:18,18 127:2
128:23 133:22,23
prospective 11:12
protect 133:3
protective 108:22
127:11,16,24 128:6
128:25 129:13
132:17 135:6
prove 136:7
provide 8:19 43:13
134:9
provided 8:15,17 60:2
90:24 94:7 102:21
103:20 104:11 134:3
provides 43:11
proximity 22:4 129:17
public 14:13 106:14

publication 106:13
publicized 106:15
publicly 110:20
Pulaski 29:9,10,11,25
54:13,13
pull 26:13,16 52:5 56:2
pulled 21:9 22:12,14
24:19,20 25:5,5,6,13
26:19 27:8,8,16,18
56:5,9,11 72:10,11
72:12 75:6
pump 22:12
pumping 22:13
purpose 119:20 138:11
purposes 7:4,12 47:8
68:23
pursuing 126:20
pursuit 53:10 137:7,7
Purvis 39:16
put 6:7,16,17,18,18
7:18 9:23 10:5 18:18
25:9 30:22 31:3,6,9
31:13 37:11 68:9
76:25
putting 81:16 115:13
P-1 3:17 68:13,15,16
P-5 3:17 68:16
P-6 3:23 86:15
P-9 3:23 86:15

### Q

qualification 49:11
qualified 39:5,6,7,10
49:11,17
qualify 37:11 38:15
39:9,11 49:17 87:15
89:12
quarters 53:16,19
question 34:6,24 40:8
47:6 59:4 64:5 70:17
75:13,24 80:24 81:9
82:3 94:25 108:5
113:9 115:12 117:22
121:23 122:21
questions 35:10 38:10
48:5,13 49:23 56:13
57:3 64:12 78:1 80:6
85:7 111:22 113:11
113:12,16,23 115:12
124:15 130:23
quote 93:20 123:21

### R

race 15:8 17:8 88:10,12
88:13,24 89:8 107:11

109:16 120:13
132:11
races 88:21 89:2
108:25
racial 114:18 132:14
raised 8:14,16 88:18
ran 14:17,19 15:8 30:8
38:7 49:7 65:16,19
105:23
rang 90:6,7
rate 52:21 53:25 55:10
Ray 51:14
reached 31:1
read 7:22 76:11 130:15
134:16
reading 109:12
ready 21:19 30:8 86:7
real 89:7 131:15,19
really 31:20 61:21
88:14 89:15 92:10,10
93:5 106:24 107:5,7
107:18 108:18 123:5
rearview 24:18 27:9
reask 34:24
reason 7:9 16:21,22
35:24 36:2 44:23,23
67:10,12 78:10 82:16
82:19 110:21 112:12
115:18 117:16,17,18
117:20 128:4 130:5
137:24,25
reasoning 135:16
reasons 133:24
rebuttal 124:20
recall 23:6 41:15 73:23
87:16 120:15
receive 33:2
received 9:12 10:24
29:20 60:4,7 68:15
recess 10:13 77:24 86:4
86:6 126:12,14 139:2
reckless 35:17 73:4
recklessly 52:24 56:8
reckon 70:25
recognized 92:9
recollection 63:7 72:9
87:22
record 9:17 12:15 26:8
47:8 48:16 60:20
61:14 68:18 86:20
103:12 126:9,11
129:8
recount 107:10
redirect 3:7,8,13,21 4:3
48:6,8 49:25 58:9

80:3,4 120:10,11
Reesey 38:2,3,7 48:10
  48:19
refer 9:13 134:18
reference 40:14,16
  50:10 90:20
referenced 133:7
referred 34:22 41:7
  42:12
referring 33:5 48:19
  84:4
refers 134:16
refused 17:9 73:18,19
  110:1
regard 138:21
regarding 90:1 91:10
  114:22
regards 37:5 131:2
register 38:15
Registered 1:22
regularly 47:19 110:21
related 48:22 61:17
  114:8 133:8
relationship 49:2 85:16
  89:25 108:22 118:21
  118:25
relationships 87:8
released 40:13 105:3
  105:11,13,16
relevant 9:4 104:12
  108:24 127:18,19
  128:3,24 129:16
  135:10
relief 132:24 134:6
  135:4 136:9 138:19
rely 132:18
remedy 136:4
remember 14:9 19:20
  20:20,23 23:16 34:11
  74:8,21 92:10 96:21
  99:4 103:3,15,15
  109:4,20 113:13,14
reminds 129:24
rendition 128:19
repeat 14:14 15:5
  21:13 35:21
repetitive 84:25
rephrase 59:15 121:23
replaced 95:9
report 113:2
reported 1:22 71:2
reporter 1:22 17:2 99:2
reporting 117:10
represent 6:20,21 9:2
  125:5,10

representation 6:1
  8:18
representations 131:21
representative 48:19
  49:3 123:8
representatives 41:8
represented 131:11
representing 6:25
  68:20
request 9:6,23 77:20
  121:10 125:1 126:21
requested 122:2
requesting 120:19
require 19:8
reserve 115:19 138:23
reserving 138:24
residence 49:18 89:15
resident 51:17
residential 27:21
resign 93:7,15,17
  121:14 122:4
respectfully 9:6 131:5
respond 115:9 136:11
response 8:2,3,5,8
  46:16 108:20,21
  123:12
responsible 93:20,22
restrain 130:13
restraining 1:14 5:9
  91:17 125:18
restrict 79:4
restrictions 78:25
  79:18
return 45:4,7 46:18
  50:21
returned 33:1,4,6 50:6
  50:7 105:8
review 5:8 102:13
  103:8
reviewed 102:17 103:1
  103:3,5,17,17 131:13
Rice 88:15,16,17,18,19
  89:3
Richard 22:18
Ricky 57:9,10 125:9
Rights 9:5 128:7
  130:11 132:22
  134:24 136:7
right-hand 29:23
road 24:8,8 35:18 54:7
  55:18 56:4
Roberts 43:8
Robinson 100:19,24
  101:2

Roderick 2:6,6 5:6 7:2
role 102:5 109:1
rolled 137:6
room 1:24 12:4 98:25
  99:15 103:24,25
rule 11:4,6,13 60:2
  91:3 127:5 132:6
  139:1
ruled 109:10 132:23
rules 60:3 126:22
ruling 109:20,23
  110:14 115:19
  120:14 133:25
  135:16 138:24
run 14:15 15:6 17:10
  18:14 21:19 37:7,12
  39:6,11 49:13 87:15
  89:1,4,6 93:12 107:3
  117:21 121:15
running 15:16 16:18
  16:19 30:11 37:6
  42:14,15,17 107:11
  123:3
runoff 17:15 19:20
  20:21 41:7 88:2,13
  88:15 111:24 112:23
runs 105:20

S

S 1:18
Sandra 123:9
sat 10:18 32:17 97:3,13
  98:2,12,21 100:8
  101:2,13
satisfy 134:12 135:21
  135:24 136:2
Saturday 34:19 43:14
save 100:12
saw 22:18 24:12 36:5
  36:20 41:8,9 52:3,4,9
  52:18 54:25 56:2
  57:14 70:21 77:9
  91:16,16 110:20
saying 31:12,21 32:21
  33:6 41:23 63:10
  66:20 69:19,20
  109:19 110:7,12
says 76:7,9 114:18
  134:19 137:11,18
scenario 89:21
scheduled 110:21
  126:7
school 94:14 119:3
scope 48:14
seat 97:4,14 98:3,14,22

98:24 99:3,22 101:25
seated 69:23 70:1
Second 110:6
secondly 121:18
seconds 55:5
section 9:4
security 13:16 18:19
  21:21 32:23 33:25
  34:7,20 35:5 43:3,11
  43:16,19,24 44:4,5
  47:17,25 50:8,19,25
  83:7,11,16,19 85:13
see 8:21 24:10,25 25:17
  25:18,20,22,24 26:1
  26:3,25 27:2 32:16
  32:21,22,23 34:4,14
  35:1 45:15 52:25
  55:9,13,15,17,24
  56:5,21 71:13,15,16
  72:20 73:11,15,16,17
  73:18,19,20 74:11,12
  75:18,21,22 76:3,4,9
  78:7 80:12,15,16,22
  80:22 83:2,4,7 84:21
  84:21 89:23 90:25
  92:7 94:22 110:11
  113:24 115:3,25
  116:5 118:2,3,3,6,12
  118:25 119:21 137:2
seeing 92:11
seen 24:18 27:9 28:22
  42:23 70:24 76:1,7,9
  76:12,12 80:9 91:9
  91:17
selection 135:3
sensitive 114:7
sent 7:9 105:3 125:10
sentenced 104:25
separate 7:7
sequence 129:14,17
serious 114:22 115:17
  126:15
seriously 63:8 89:3
serve 35:1
served 95:14,17,21,24
  107:10 125:13,17
serving 34:8,15
set 5:7 127:4
seven 130:21
severed 125:23
sexual 114:7
Shaun 62:18,18,18,19
  62:19 66:3
sheet 137:22
sheriff 12:20 13:13

14:5 18:2,6,8 19:12
  21:20 24:25 25:17,24
  26:1,3 29:21 30:14
  30:16,21,25 32:8
  33:4,14 34:3 45:15
  50:2,3,19,21 67:5,5
  67:16 69:7,10,12,14
  70:2,3,12 73:1,12,15
  74:10,15 75:18,22
  76:3,4,8 78:7 80:12
  80:15,21,24,25 81:9
  81:18,25 82:3,6,24
  83:13,21 84:1,20,21
  85:2,24 105:20,20
  106:21 107:1,8,16,16
  107:22 108:10,22,25
  109:1,24 118:22
  119:17,20,22 120:14
  123:6 124:25 125:8
  125:14 126:19,23
  137:2,9
sheriff's 7:7 12:20
  13:15 14:6,10 18:13
  18:15 19:1 21:11,23
  33:14,23 34:2 40:12
  40:21 43:10 45:3,7
  46:18 47:7,15 56:14
  66:23 80:18 109:16
  117:21 130:7
Sherrod 12:2
shirt 69:24
shirt 29:6
Short 10:21 65:9 113:7
  120:8
shorter 54:17
shot 10:12
shoulder 25:13
show 12:3 46:19 47:2
  79:8 83:8,8,9 85:12
  85:15 115:16
showed 106:16
showing 136:7
shows 11:22 46:17
  60:24 79:8
shut 30:9,12
side 24:23 25:7 27:5
  28:23 29:23 35:18
  54:7 55:17 72:11
  75:2
sides 94:23 132:5
sign 28:6 29:4 32:6
  52:12,17,19 53:17
  54:10,17,22,25 55:9
  55:22 79:21 92:25,25
  93:2,18,21

signal 72:8
simply 135:6
single 137:24
siren 75:9
sister 37:14,16 66:3,22
  89:17
sister's 37:12 38:15
  39:11,23
sit 32:18 99:5,16,21
  101:19,24 130:24
sits 130:22
sitting 29:23 44:3 75:1
  99:9 123:25
situation 36:20 61:24
  104:3 137:17
six 103:11
slated 126:1
Slaughter's 10:6 48:15
  59:15 128:19 129:22
  130:2,5 131:17
  132:13
sleep 39:21
slow 31:8
slowly 53:7
somebody 47:18 54:3
  55:12 66:16 90:11
  93:21,22 110:11
  130:1
Somebody's 90:6
somewhat 133:8
son 38:3 48:23
sorry 11:17 12:2 14:19
  18:15 34:18 88:25
  117:24
sort 112:11
sought 19:5
sounds 61:16
source 117:10
south 21:4 24:14 25:4
  52:4,6 53:11 54:19
  59:5
southbound 24:4
southern 1:1 58:17
  78:19,23 79:1
speak 10:18 126:9
speaking 24:16 41:9
  92:7 113:5 130:2
specific 116:2
specifically 34:11
  50:23 103:3 116:1,5
  127:21
speculation 36:8
speed 52:22 54:1,3
  55:10,11
spelled 69:19

spin 55:13
split 16:25 17:1 18:10
  58:14 132:13
spoke 24:1 41:16,17,20
  92:6
spot 56:10,12
stand 8:18 31:4 43:13
  43:24 51:3 61:7
  124:17 128:18
standard 133:10 134:2
  134:10,20,21 135:22
  135:25 136:3,14,16
  136:16,24
standards 116:8,9
  136:15
standing 10:16 27:4,9
started 18:9 22:13,15
  26:20 27:17 31:11
  76:23 113:25
starts 115:8
state 12:15 37:21 48:19
  49:3 51:13 61:14
  69:5 86:20 92:23
  94:11,20,25 95:2,5
  129:25 130:18
stated 40:5 85:11
  110:17 111:4 138:18
statement 38:14 123:19
  129:11
statements 124:4
States 1:1,3,18 2:2 5:2
  5:13,22 6:3 9:2 59:25
  60:24 86:23 91:13
  92:2 94:8 102:15,21
  103:21 127:15,16
  129:22,23 130:12
  134:2,13,17,22 136:6
  137:14,21 138:13,22
stating 8:15
status 41:9 121:25
stay 31:25 73:25
  103:12
stayed 39:23 93:8
steady 19:9
step 24:22
Stewart 58:4,4,5
stipulate 59:23 60:5,8
stood 31:9
stop 21:10 25:9 28:6
  29:4 52:12,14,17,19
  53:17 54:10,14,17,22
  54:25 55:3,9,22 72:8
  75:8,9,13,21 77:2,6,7
  82:17,19 84:15,18,19
  85:3

stopped 21:6,6,16 29:5
  52:17 56:12 72:16,21
  72:22,24 74:10 75:15
  83:25 84:6,9,14
  85:17,23,24 136:24
  137:1
stopping 55:4,6 82:20
store 30:1,2 90:4
straight 30:19 55:25
  75:10 77:5
street 1:24 22:5 27:18
  27:21 28:1,8,9,11,17
  28:17,17 29:11,24,25
  39:16 52:4,5,6 53:11
  53:18 54:20
strict 116:8
strike 34:24 80:12
  88:20
strong 93:6,14
student 130:19
stuff 50:15 73:5 78:14
  80:17 82:1,2 104:6
  104:17
subdistrict 79:4
Subdivision 134:3
subject 11:13 36:9
  134:7
submit 131:5
subpoenaed 11:5,14,18
subsequent 125:3
subsequently 32:8
  105:8
substantial 117:3
sufficient 109:17
  135:21
suggest 41:5 121:21
  133:9
suggested 39:3 138:4
suggesting 38:15
suit 110:4 114:13,16,17
summary 117:15
summation 9:25
summer 111:17,19
supervisor 36:18,21
  88:7,21 89:5,20
  107:12
supervisors 19:16
  100:20 111:3
supervisory 111:2
supplemented 60:20
supplies 45:19
support 13:5 38:5,7
  45:1 49:6 65:16,17
  65:19 88:16 106:23
  107:2,8,23 116:24,25

117:2,3 133:16
supported 105:23,25
  106:1,6,19 107:3,16
  107:22,24 108:3
  116:23 123:16
supporter 105:19
supporting 88:4 138:7
  138:12,16
supportive 89:9
supposed 83:9 85:14,21
  119:5,7
Supreme 134:17
  135:16
sure 9:12 38:22,24,24
  39:1 41:1 55:4 59:2
  60:10 66:20 72:13,14
  99:12 108:19
sustained 46:22 117:13
Suzama 9:10 10:8
swapping 76:24
swear 55:5 125:23
sworn 12:12 51:8 61:9
  69:2 86:17 125:13
Sykes 90:9

        **T**
table 44:3
take 6:19 8:18 10:5,7,7
  10:8,13 16:7,20
  18:12,16 25:18 31:11
  32:11 46:2 60:23
  64:7 72:25 74:17
  77:20 86:4 87:24
  117:7 126:12 133:6
taken 9:15 98:5 101:15
  101:15 128:15,18
  132:5
takes 58:20
talk 19:25 20:2 21:1,7
  23:3,11,25 30:16,18
  30:20 31:4 32:16
  40:19 44:6,14 61:23
  62:5,17,17 63:12,23
  81:8,19,20 82:11,25
  83:2,4,6,21 84:1,10
  88:5 91:25 118:8,23
  119:1,5,7,10,19
  123:6,7,8 124:24
  129:5,11 135:20
talked 5:14 19:11,23
  20:9,18 23:6,23
  31:10 49:10 62:7,19
  62:19 63:13,16,17,18
  63:24 65:11 70:7,19

80:7,10,11 88:3,4,9
  88:14,16,20,21 89:13
  111:1,4,5 113:3,4,25
  118:9,11,16 119:9,10
  119:17,19 122:5
  124:13 129:3 137:9,9
talking 5:18 22:16,19
  25:10 27:10 30:17
  34:12 36:5,20 49:12
  72:22 73:7 75:17
  83:23 84:5 89:9
  91:22 106:10 111:2
  113:25 118:14,19
  119:20 129:4
tapped 29:5
tax 104:20 117:9 131:7
teetotaler 130:1
tell 7:23 18:5 21:3,25
  22:21 24:12 25:15,23
  26:2,2 27:14 32:14
  33:21 36:12,17 41:2
  52:2 54:2 56:4 57:17
  62:18 66:16 67:15
  70:15,17 73:22,23
  74:5,15 76:2,8 77:12
  81:2,17,18 82:3,5,11
  84:17,19 87:21 90:3
  92:10,16 110:4 115:5
  117:23,24 119:11,12
  119:22 121:10
  124:13 135:13
telling 16:18 40:8
  63:15 73:11 81:6,24
  113:25 118:21
  131:20,21
tells 135:7
tempers 137:17
temporary 1:14 5:8
  125:18
ten 9:25 25:23 26:1,3
  34:4 77:22 86:4,5
  105:15,16 131:8
term 95:7,7,9
terms 113:5 127:18
Terry 5:6 16:4 18:7
  19:18 20:25 23:21
  24:21 30:11 32:19
  34:7 51:24 52:16
  53:2,10 62:3,3,7,7,9
  62:9,14,14,19 63:1,3
  63:9,20,23,24,24
  64:3,8 66:7 67:20,21
  67:21 69:18,20 74:10
  74:14,19 75:1 91:22
  118:3 119:19,19

127:25
test 133:14,14 134:11
testified 12:12 31:18
  49:7 51:8 58:11 59:4
  61:9 69:2 80:8 86:17
  121:18 123:16
  128:16 129:2
testifies 36:10 131:22
  137:8
testify 9:11 121:22
testifying 48:11
testimony 6:9 7:15 10:4
  43:10 46:4 48:24
  50:21 59:19 82:12
  86:4 92:4 94:7 107:6
  111:7 117:15 122:7
  124:16 128:21 129:9
  129:10 131:1,13
  132:10
Thank 9:1 12:9 13:11
  26:9 47:4 51:1 57:19
  58:8 65:22 86:2
  136:9 138:17
they'd 70:24
thing 7:25 62:4 67:24
  70:25 77:14 114:8
  116:2 135:5
things 6:4 33:21 35:14
  89:7 92:19,21 115:4
  115:21,24 116:6,11
  130:9 136:22
think 6:5,18 8:7 10:5,6
  10:22 14:2,11 18:17
  22:5 23:7 36:25,25
  40:8 59:2,22 60:19
  65:25 66:3,9,12,15
  67:4,5 68:10,22
  72:10,13,13 78:14
  83:25 108:17 111:13
  122:14 125:4,6
  134:12 136:14
  137:20 138:2
thinking 37:17 49:14
third 59:22
Thirdly 129:14
thought 11:17 34:21
  40:3 53:8,9 67:10,12
  67:13,16 81:24 82:22
  82:23 83:4,21 90:13
  106:9 111:8
threaten 65:5 128:2
  135:9
threatened 44:19
threats 26:21 130:13
three 10:8 15:7 18:17

24:17 29:16 32:12
  53:12,16,19 54:19
  55:5 116:20 129:18
  129:19
three-year 13:14
throw 75:15
throwed 21:5,5 24:15
  24:16 25:12 75:7,8
  75:12,14,20,24
thrown 107:25
Tiffany 22:20
time 5:7,20 10:12,13
  12:9,23,25 14:9
  16:13,17 20:20 26:22
  26:25 29:6 30:21
  31:1 33:12,22 34:12
  36:5 44:7 47:12
  50:13 52:7 69:14
  71:5 72:10,21 73:3
  74:14,19,22 75:15,22
  76:2,8 85:2 87:7,10
  88:9 90:7 91:19 92:6
  95:19 103:7,16,18
  104:9 105:3 106:2
  110:20 112:21 121:8
  126:25 127:3,12
  129:16 131:25 132:1
times 103:8,24 134:24
tires 55:13
Title 132:22
today 5:24 9:3 10:13
  57:11,14 61:12 70:9
  80:8 105:15 107:6
  125:6,16 128:16
  129:10 131:12,13
told 21:20 22:1,3,14,18
  22:18 26:2 38:19
  40:20,23 43:23 45:15
  50:16,23 57:14,15
  62:6,9,18,25 63:13
  63:24 64:2 65:15
  67:13,16,21 73:14,16
  73:19 74:10 76:21,23
  76:24 80:13,14,21,24
  81:5,6,15,21 82:8,10
  82:13,17,20,24 83:1
  88:23 91:16 104:5
  109:5 111:7,12 114:11
  115:14 120:3 121:19
  124:11 125:8,9
  135:20 137:1,5
tomorrow 93:8 126:2,4
TOM 1:18
top 25:11
totally 46:14,25 108:17

town 71:4 72:3 77:5
traffic 24:23 25:8
  72:20
transaction 26:4
transcribed 9:17
transpired 26:11
travel 28:10,13 53:25
traveled 21:8
travelling 21:4 24:3,14
  27:16,18,25 52:4
treat 128:12
treated 128:13
trial 35:25 37:19
  107:21 126:7
tried 28:25 66:4 132:11
Triplett 12:1 70:10
trouble 100:12
truck 26:13,15,17 27:6
  29:5 30:8,8,11,13
  71:17
true 42:4 45:14 46:12
  92:20 103:7 106:4
  123:19 125:8
truth 92:10 124:13
  131:20,21
truthfully 91:15
try 18:10 28:23,25
trying 25:18 43:21 47:8
  75:21 81:23 92:12
  93:12 119:12,21
  121:20 125:21
turn 25:1 28:4 45:10,12
  45:25 50:16 71:25
  82:15
Turnage 99:13
turned 7:5 21:8 22:9
  24:15,17 27:25 28:5
  28:12,13 29:2,10
  45:11 46:5,6,10
  53:11 54:8,8,18 67:8
  71:24 75:9,25
turning 45:16,19,21
  46:20 52:19 56:8
twelve 86:4
two 5:2,7 7:11 9:16
  10:8,24 11:10 13:14
  22:6 29:16,17,17
  48:5 53:23 54:16
  56:13 58:2,6,11,14
  59:7 78:18 104:25
  127:17 131:18
  138:19
two-lane 24:8
type 13:13 19:9 73:4
  128:6 130:13 132:14

**U**

unbelievable 131:5
uncontradicted 128:20
  129:7,10 132:9
  133:15 136:2
underlying 135:5
understand 17:2 33:5
  67:19 84:13 112:12
  113:24 114:16 115:2
  116:6
understanding 65:23
  126:2
understood 67:25 68:2
underway 7:23
unfair 93:10
Unh-unh 106:22
uniform 45:22,25 67:1
  67:2,8,8 137:4
uniforms 66:22
Union 132:21
United 1:1,3,18 2:2 5:2
  5:13,22 6:3 9:2 59:25
  60:24 86:23 91:13
  92:2 94:8 102:14,21
  103:21 127:15,16
  129:22,23 130:12
  134:2,12,17,22 136:6
  137:14,21 138:13,22
University 94:11
unprovoked 129:20
untrue 117:4
unusual 5:7 56:7 122:9
  128:10 136:4,5
unwarranted 133:22
upstairs 33:7
use 40:14 83:15,18
  92:18 132:25 133:3
US45 25:2
U.S 24:4,6

**V**

v 127:16 132:21 134:2
  134:13,17
validity 133:4
valuable 130:10,10
value 129:22 130:11
various 79:8 130:18
vehicle 29:18 52:7
  71:16 74:24
verbatim 26:6
versa 127:19
versus 5:2,6 129:23
vice 95:19 127:19
victim 9:8
view 5:17 82:22,24

vigorously 96:15
violate 73:4
violating 71:18
violation 92:20
violations 136:8
violence 128:2 132:24
virtually 42:6 137:22
  137:25 138:12
vision 56:16
VOLUME 3:1
volunteer 48:1
vote 14:25 16:25 17:1
  106:23 116:15
  132:13
voted 107:1,13 112:24
  113:1
voters 95:22,25 106:5
  115:6
votes 17:22 18:10
  123:8
voting 9:4 20:11 23:12
  23:13,22 107:1
  114:19,23 128:7
  130:10 132:22
  134:24 135:1 136:7
VS 1:4,8

**W**

Waide 2:3 3:19,21 4:2
  5:15,17 6:3,10,13
  11:3,17,21,25 46:13
  46:25 48:5 68:8,13
  69:4 77:18,20 78:2
  80:5 84:7,24 85:1
  86:11 111:17,22
  115:11,20 117:14
  120:7,9
waive 11:6
walked 41:16
Walker 2:6,6 3:6 5:6,7
  7:1,2,17 11:6,6,11,14
  18:6,21 19:12 32:9
  47:5,7,11,14 48:4
  50:3,3 57:9,10,13
  68:24 69:13 70:3
  80:25 105:20 106:21
  107:1,8,16,17,22
  108:10,23 109:24
  122:25 123:6 125:5,8
  125:9,14,15 126:2,24
  132:8
Walker's 34:3 109:1
Waller 123:2
want 5:14 6:17 10:16
  10:18 18:16,18,19

24:23 25:8 32:22
35:14 37:4 68:17,19
81:10 82:6 84:10
85:3 105:5 108:8
113:23 115:21 118:4
118:13 124:11 127:6
136:11
wanted 13:9 32:21
34:19 37:11 39:8
45:15 47:9 48:16
50:19,24 80:15,16,22
80:22 81:7,25 82:1
82:17,19,25 83:2,2,6
84:19,21 88:16 89:22
99:7 104:7
wanting 49:13 83:4,21
84:1,17
ward 14:19,22,22,23
14:25 15:3,4,7,14
16:19 37:11,14,16,17
40:4,9,11 49:7,11,14
49:14,17,18,18 88:7
88:25 89:1,14,18,23
111:2
warrant 71:8
warrants 79:15 86:12
86:13,14
Washington 9:5 27:18
27:19,21,24,25 28:9
28:12,14,16,18,23
29:2,9,11,24,25 52:4
52:6 53:11,17 54:13
wasn't 22:23 31:21
38:22 39:1 45:25
62:8,11 63:5,8 64:3
67:18,20,24 68:2,3
73:16,20,21 82:1
83:23 84:12,14 89:21
92:23 93:10 94:23
95:8 103:10 111:21
113:5 137:5,15
watched 66:22
watcher 112:4,5
watchers 122:5,9,13,17
Watts 37:13,17 38:8
39:12 40:7 49:14,15
way 25:1 28:4,24 29:1
32:19 40:5 44:19,21
65:5 66:17 72:8
83:23 89:9 93:14,24
95:1,19 106:8 123:22
124:13 132:7 138:4,5
138:5
Wayne 28:3,4,5,5,6,17
ways 56:11

weak 92:19
weapon 45:10,16
wear 56:19
week 9:14 46:9,10
126:2,4
weeks 9:16
weighs 128:25 129:12
131:8
weight 129:18 131:8
weighty 135:12
went 8:21 19:5 22:9
25:3 26:15 27:14,19
28:2,16 30:5 32:1,15
62:3,6,9,13,18 63:9
63:17 65:14 66:21
67:2,4,20 70:20 71:6
71:7,13,24 75:10,10
118:2,2,3,6 119:3,18
119:20 129:19
weren't 70:13,21 112:4
117:10 119:5
West 22:5
we'll 11:6 67:22 86:4
137:16
we're 5:23 32:17 60:13
77:22 80:13 82:20
84:5 108:18 111:17
115:12 117:11
127:23 135:4,4,5,13
we've 9:15 96:18
101:15,15 138:25
whatnot 66:6
white 15:12,21,22
16:18,23 17:1 18:11
37:13 42:20 49:15,16
69:23 116:7,23,24,25
117:2 132:8
whup 40:7
wife 38:6,7 123:20
WILBUR 2:5
William 18:7 19:12
88:14,16,17,18,19
Willie 15:11 16:24,25
17:7
willing 137:10
win 89:3 123:4
wind 99:3
Windham 97:16,22
101:17
window 24:22,24 25:6
137:6
winning 40:4,9,10
123:1
wins 124:3
Wise 108:16 109:7,8,10

109:15,20,23
Wise's 110:14
wish 37:10 39:10
withdraw 16:20,22
17:8 58:23 59:3
94:25 108:5
witness 6:11,14,14,16
7:17 8:15,17,20,21
9:9 10:22 11:2,12,14
12:3,5 51:23 59:22
60:6,18 61:7 68:7,9
68:19 77:25 79:8
90:24,25 91:2 92:14
121:17,18,22 130:12
witnesses 6:12,15 7:15
7:18 9:6 10:10,25
11:5,7,10,18,20
60:12 92:13 130:15
131:3,4 137:21 138:9
wives 124:5
woman 97:18
won 41:2 89:2,4 123:20
123:24
wonders 126:19
Woodrick 8:22 99:10
99:10 103:9,24
131:10,20
word 31:16 33:13
74:20 92:18
words 74:8 76:24 80:21
81:16 123:23
work 9:4 12:19,23
13:23 18:15,25 19:3
32:23 33:25 34:6,20
50:8,19,19,24 63:10
66:2 69:7 82:2,15
83:3,5,22,24 84:2,4
84:10,11 85:12 88:24
89:1 90:8,16
worked 13:15 16:15
33:12,23 40:5,24
69:10 72:25 85:14,14
89:7 97:18 107:9
118:12 124:1
worker 42:13,16
workers 116:3 135:3
working 18:19 45:20
47:15,25 69:14 83:7
83:9,11,15,19 99:13
112:2,4 128:1 131:2
137:3
works 99:10
worried 138:10,10
wouldn't 75:8,13 76:2
77:6,7 83:15 92:18

96:10 102:4 106:8
110:2
wound 107:12
write 113:10
writes 130:22
writs 79:15
wrong 7:10 35:18 54:7
55:17 68:4 88:24
110:3,4 114:17 119:8
wrote 106:4,10

_____ Y _____

yeah 38:20 41:1 54:17
56:4 64:17,21,23
65:17 72:9 73:2 74:4
75:4,21 76:6,18,22
83:12,17,20 93:17
96:8 98:11 99:19,24
100:1,4 102:11
103:19 104:13
112:11,15,18 113:12
117:1 120:1,6
year 8:20 14:7,7,9
40:13 42:13 90:5,6
94:14 105:13 119:3
years 69:11 73:1 76:4
87:6 89:14,17 94:18
95:13 104:25 105:15
105:17 122:12 131:8
yield 25:3 35:17
young 37:3 89:7
y'all 16:15 62:14 63:10
63:19,21 71:5,7,7,23
72:6,8,21 73:7 75:3
75:20,25 76:15 81:2
83:25 99:2 124:1,1

_____ $ _____

$3,000 16:20

_____ # _____

#1012 1:23

_____ 1 _____

1 3:1
10 94:18
100 55:4 138:1
100-and-something
137:21
11 50:7 95:13 125:12
11th 33:1,7 60:4,6
11:30 10:11,11
110 59:24 131:18 138:3
138:4
113 4:2

12 3:2,3 95:13
12th 60:5,7 61:1
103:14,15
120 1:24 4:3
123 4:4
14th 126:3
15 69:11 76:4 94:18
122:12
15th 9:9 24:3,13 33:13
34:4 50:10 51:23
61:20 84:8 128:13,16
128:20 129:1,7,11
16 69:11
17 19:21
17th 20:21 111:24
129:3
180 138:2
1983 127:15,19
1989 134:16
1994 104:19
1995 106:7,19
1997 105:11
1999 107:3,16 109:10
109:16

_____ 2 _____

2 37:17 49:14,18 88:7,7
88:22,25 89:1,5,15
89:18,23 102:20
111:2,3
20 10:7 126:24 127:3
2000 95:12,15
2002 13:2 110:22
2003 108:25 131:25
132:1,2,8
2004 134:4 135:15
2005 1:19 9:9 13:2 14:3
14:12,15 15:3 17:10
17:16 19:21 24:3
33:13 34:4 51:23
60:4,5,6,7 61:1,20
87:20 103:14 111:18
111:19,20,22 125:12
128:13 132:11
245 1:24
25 10:7
26 91:3
26A 60:2

_____ 3 _____

3:30 32:2
300 102:20
32 39:14
35 3:4
38 3:5

| | |
|---|---|
| 39201 1:24 | 105:25 106:1 108:25 |
| **4** | 96 105:14 |
| 4 14:19 15:3,4,14 16:19 | 965-4410 1:25 |
| 37:11 49:7,17,18 | 99 107:5,10,13 108:25 |
| 4:05cv162 1:8 | |
| 4:05cv33LN 1:4 | |
| 4:05-162 5:5 | |
| 4:05-33 5:4 | |
| 45 24:4,6,14 27:16 | |
| 70:21,24 71:6,14,25 | |
| 72:1,2 | |
| 46 3:6 | |
| 48 3:7 | |

**5**

5 68:13,15
5th 14:2 17:10,15
50 3:8
50-foot 132:6
51 3:9,10
542 132:21
57 3:11,12
58 3:13

**6**

6 86:14
600 53:21
601 1:25
608 39:16
61 3:14,15
64 3:16
68 3:17
69 3:18,19

**7**

7 1:19 132:22
700 53:24
76 95:7
78 3:20

**8**

8th 28:1,6,17
80 3:21
80s 95:20
85 3:22
86 3:23,24,25
88 95:8

**9**

9 32:1 86:14
90-degree 52:9
91 105:23 108:25
92 95:8
94 4:1
95