```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF MISSISSIPPI
                 EASTERN DIVISION
```

KENDRICK SLAUGHTER                                          PLAINTIFF

VS.                               CIVIL ACTION NO. 4:05CV162TSL-LRA

NOXUBEE COUNTY, ET AL.                                     DEFENDANTS

## ORDER

Defendants Albert Walker and Terry Grassaree have moved the undersigned for recusal pursuant to 28 U.S.C. 455(a).  The court has considered the motion and concludes that to avoid any appearance of impropriety, it will grant the motion.

Accordingly, it is ordered that the motion to recuse is granted.

SO ORDERED this 12th day of October, 2007.

                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE